ORIGINAL

FILED
FEB 8 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PARSONS TRANSPORTATION GROUP INC.

Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL RAILROAD ADMINISTRATION,

Defendant.

No. 08-79 C

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to COFC Rule 7.1, Plaintiff Parsons Transportation Group Inc. discloses that it is a wholly owned subsidiary of Parsons Corporation, a Delaware corporation, and there is no publicly held corporation which owns 10% or more of its stock.

Respectfully submitted,

SEITZ, VAN OGTROP & GREEN, P.A.

GEORGE H. SEITZ, III (#667)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801
(302) 888-0600
(302) 888-0606
Attorneys for Plaintiff
Dated: February 7, 2008

Of Counsel:
Michael A. Hordell, Esquire
Heather Kilgore Weiner, Esquire
Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, District of Columbia 20005-2004
Telephone: (202) 220-1232