IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PARSONS TRANSPORTATION GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-79C (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, the United States, respectfully requests that the Court grant an enlargement of time of 10 days, to and including Friday, April 18, 2008, within which to respond to plaintiff's complaint, which was filed on February 8, 2008. Although the Court's PACER system reflects that defendant's response to the complaint is due by April 10, 2008, 60 days after February 8, 2008 is Tuesday, April 8, 2008. Consequently, we regard the due date for our response to the complaint as April 8, 2008.

This is defendant's first request for an enlargement of time for this purpose. We request the enlargement because we have not been able to make the progress necessary to be able to respond to plaintiff's complaint by April 8, 2008. Upon receiving the complaint we promptly provided a copy to the Federal Railroad Administration ("FRA"), the agency whose activities are a subject of this action. The FRA has provided a litigation report, and we have had discussions with counsel for the FRA regarding an appropriate response to the complaint.

However, lead counsel for defendant has, over the past two weeks, been occupied primarily with preparing the Government's response to a motion for partial summary judgment filed by 1,805 plaintiffs in Federal Air Marshals v. United States, No. 06-233C (Fed. Cl.). That response, which includes a cross-motion for summary judgment, was filed on March 28, 2008. In the days left before April 8, 2008, lead counsel for defendant must file a response to a motion to compel discovery in White Buffalo Construction, Inc. v. United States, No. 99-961C (Fed. Cl.), by April 7, 2008. That response is currently in the preparation stage. Lead counsel for defendant must also prepare for and attend status conferences in Hasler, Inc. v. United States, No. 06-653C (Fed. Cl.), and White Buffalo Construction, on April 7 and 8, 2008, respectively.

In addition, in the days immediately after April 8, 2008, lead counsel for defendant must file a response to an informal brief in Morin v. OPM, No. 2008-3154 (Fed. Cir.), by April 10, 2008. Lead counsel must also, pursuant to an enlargement granted by the Court of Appeals on March 24, 2008, file a response to the opening brief in North Hartland v. United States, No. 2008-5008 (Fed. Cir.), by April 14, 2008. Both of those briefs are in the preparation stage. If the Court grants this request for an enlargement, lead counsel for defendant will be able to complete

those tasks before turning his full attention to the response to plaintiff's complaint, but no later than April 14, 2008.

Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request. For the foregoing reasons, the United States respectfully requests that the Court grant this consent motion for an enlargement of time of 10 days, to April 18, 2008, to respond to plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

April 2, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, a copy of the foregoing Defendant's Consent Motion For An Enlargement Of Time To Respond To Plaintiff's Complaint was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail