- o <u>Program Management</u>

  301. Management Information System
  302. Management Control System Analysis
  303. Project Schedule
  304. Reserved
  305. Documentation Control
  306. Automated Data Processing Plan
  307. Contract and Procurement Services
  308. Maintenance Planning and Personnel Training Serivces
  309. Program Management and Mobilization
  310. Program and Design Reviews
  311. Affirmative Action ~~Program~~ Plan for Business
  312. Corridor Master Plan
  313. Planning and Coordinating Services
  314. Project Cost Control
  315. Affirmative Action for Employment Program

- o <u>Construction Management</u>

  401. Reserved
  402. Reserved
  403. Construction Operations
  404. System and Component Testing and Acceptance
  405. Quality Control
  406. Safety
  407. Construction Management Administration
  408. Land Acquisition

SYSTEMS ENGINEERING

GENERAL: The A-E Contractor shall provide all personnel, services and resources necessary for preparation of plans, programs and any other required documentation necessary to develop and obtain approval of the specific program of improvements to be accomplished in implementing NECIP.

Task 101: System Performance Specification

The System Performance Specification is a complete, comprehensive, cohesive statement of the performance which the NECIP will be designed and built to provide when completed, stated in terms of quantitative measures of performance wherever possible, and suitable for use as the basic standard for the design and construction of the NECIP. The Specification shall relate the goals of the RRRR Act to the NEC Improvement Program.

The A-E Contractor shall review an initial draft specification ("Preliminary System Performance Specifications") prepared by NECP. In conjunction with a review of applicable reports, and consultation, with NECP and Amtrak staff, the A-E Contractor shall refine, expand, and definitize the draft document into a complete, cohesive System Performance Specification.

The System Performance Specification, upon approval of NECP, shall constitute a basic program guiding document and shall form the basis for developing the Program Requirements as called for in Task 102.

Task 102: Program Requirements

The A-E Contractor shall prepare in a unified narrative format, an outline of the specific improvements to be undertaken to satisfy the System Performance Specification (including goals and features) developed in Task 101 by mile post, geographic segment or other appropriate designation for each of the following subsystems:

- Route Realignments
- Track Structures
- Bridges
- Tunnels
- Electrification
- Signalling and Traffic Control Subsystems
- Communications
- Fencing/Barriers
- Grade Crossings

This document (the "Program Requirements Report") shall also outline the improvements to be undertaken for all major site-specific facilities as follows:

- o Stations
- o Maintenance and Services Facilities (fleet and equipment)

The necessity of refining space programs and patronage requirments based on the trip time goals established in the System Performance Specification shall be addressed in this Task 102. Upon approval of NECP, the A-E Contractor shall perform such necessary additional refinements for incorporation into the Program Requirements Report.

The Program Requirements Report also will contain numerical performance measures which are not at the system level of specification, but are of a more general guiding nature than those embodied in Standards (See Task 104).

The resultant Program Requirements Report, upon approval of NECP, shall serve together with the System Performance Specification as the basis for the A-E Contractor's execution of all design and construction documents to implement the NECIP.

Task 103: Reserved

Task 104: Facility and Component Performance Standards/ Design Requirements

The Facility and Component Performance Standards/Design Requirements ("Standards") consist of detailed, numerical standards for performance of specific subsystem components, suitable for procurement of hardware and inspection for acceptance of completed components or facilities. Where necessary, this document will also contain design requirements which are not amenable to numerical representations as standards. Statements of general guidelines and preferences with appropriate supporting rationale will also be included.

These Standards will remain system/subsystem specific. Site-specific waivers, modifications, or addenda to the Standards will be contained only in the work packages for the affected facilities and/or components.

The A-E Contractor shall refine and modify subsystem component and facility standards developed under previous NECP contracts as indicated in the References Section of this Work Statement and establish standards for those ele- ments where The A-E Contractor, with NECP's approval, determines that such Standards would be applicable for

subsequent preparation of detailed design and construction documents. The resultant documentation shall be assembled in a uniform format and upon NECP's approval be distributed to appropriate entities within the design team for incorporation into their final designs. Major categories requiring standards include: stations, electrification, signalling, communications and control, bridges, tunnels, ROW structure, maintenance and services facilities. All Standards shall reflect applicable national code requirements with regard to facilities and installations and shall be fully compatible with AREA and FRA standards where such standards exist and are applicable.

Methods and procedures for testing the subsystem components and installations including performance measures shall be developed by the A-E Contractor for approval by NECP as described in Task 404.

All work under this task was completed prior to the definitization date of this contract.

Task 105: Architectural Design Standards

The A-E Contractor shall develop a set of uniform Architectural Design Standards for any facilities which are a part of the NECIP where visual appearance has an impact on the system image. These Architectural Design Standards identify materials, colors, massing, and scale as appropriate for site-specific facilities such as ROW maintenance bases, fleet maintenance shops, and common elements of the station facilities. In addition, visual standards will be established for new or renovated component structures such as catenary poles, signalling and communication towers, bridges, fencing and barriers. Landscaping and site furnishings for all NEC stations and major maintenance facilities shall be included in these Architectural Design Standards. In addition, signing and graphics for station facilities and equipment as well as compatible standard graphics for vehicles and public information documents shall be developed as a part of this Task 105. This "graphic image" program shall be closely coordinated with AMTRAK.

The resultant documentation shall be issued by the A-E Contractor in the form of a Design Standards Handbook for execution of detailed design of all facilities for the program. This handbook, upon NECP's approval, shall be formally transmitted to team personnel and all design subcontractors for their incorporation in the detailed design process.

Task 106: <u>Design Management</u>

The A-E Contractor shall use the Corridor Master Plan to develop an overall Design Management Plan for carrying out the design-related activities required to execute this scope of services in terms of team members' organizational responsibilities, key personnel assignments, and subcontractor requirements. This plan and a detailed schedule of all staffing requirements shall be provided to the NECP prior to undertaking subsequent tasks.

The A-E Contractor shall develop and assemble a Formats Handbook for NECP's approval that will establish all graphic standards, dimensional criteria, legends and symbols, drawing scales and narrative formats. Upon NECP's approval, the Formats Handbook shall be distributed to all in-house team personnel and design subcontractors along the NEC. This publication shall be updated and revised as required and formally distributed to all recipients of the initial Formats Handbook to assure uniformity in the final documentation. Some of the items to be provided in this Formats Handbook include the UCI index requirement for specifications; a comprehensive drawing number methodology for total system use; formats for estimating, design review and coordination, and signature requirements for final design approvals.

All work under this task was completed prior to the definitization date of this contract.

Task 107: <u>Local/Agency Coordination and Approvals</u>

The A-E Contractor shall develop, and submit for the Project Director's approval, formalized procedures and reporting formats for carrying out the notification and review process as defined in OMB Circular A-95 for those site-specific facilities, e.g., stations, shop facilities and new alignments, and system components where such a review process is required or determined by NECP to be beneficial to NECIP. Once procedures have been established and the A-E Contractor has identified the specific participants in each of the appropriate locales, the A-E Contractor shall participate as directed by NECP in all necessary liaison with local, county, regional and state agencies to assure optimal compliance with local laws and policies and optimal compatibility with Federal and non-Federal projects impacting on or impacted by the NECP.

The A-E Contractor shall develop a methodology for Local and Agency Coordination and approvals and information dissemination for NECP approval, and following approval shall implement the methodology.

The A-E Contractor shall support NECP in obtaining those agreements with States, local or regional transportation authorities or other responsible parties that are necessary or desirable to implement the NECIP, including those relating to sharing the costs of improvements of nonoperational portions of stations used in intercity rail passenger service and of related facilities and fencing. The A-E Contractor shall assist NECP in negotiating contracts, cooperative agreements, or grant agreements implementing cost-sharing relationships to the extent directed by the Project Director.

Activities under this task shall include assisting NECP in the obtaining of owner-furnished permits, where required, to include Corps of Engineers, Coast Guard and state permits.

Task 108: <u>Operations Analysis</u>

In this Task 108 the A-E Contractor shall assemble, maintain, modify, improve, and operate operations analysis tools such as Train Performance Calculators (TPC's) and Operations Simulators, and supply all required Operations Analysis services. This Task will have a major impact on the system configuration and will be critical in developing workable construction phasing/scheduling and modified train operating timetables during construction.

Specifically, the A-E Contractor shall provide as a minimum the following services:

- Specialized simulations which are necessary for resolving detailed configuration problems with regard to commuter and freight movements, power requirements and energy consumption analyses.

- TPC runs and analyses to project and to refine projections of train operations in the NEC before, during, and after improvements.

- Maintain simulation models of the NEC operations to ascertain the consequences of various impacts on the system and to establish interim routings, schedule changes, etc., for carrying out the NECIP. Using these operational simulations, TPC runs, and other tools, the A-E Contractor will propose maximum recommended schedule delays between Washington-Philadelphia, Philadelphia-New York, New York-New Haven, and New Haven-Boston. The A-E Contractor will obtain NECP and Amtrak approval of these figures, which will be used as guidelines in determining train operating schedules during the construction phase.

- In conjunction with Task 202, Track Structures, the A-E Contractor shall review all specific interlocking plans to freeze location and type of turnouts and crossovers. This review shall consist of an examination and report of all required moves at each interlocking, the typical densities of such moves, and the type(s) of train(s) affected. The A-E Contractor shall develop recommended changes to interlocking plant configuration, and shall obtain appropriate approvals through Task 107.

- In conjunction with Task 313, Planning and Coordinating Services, the A-E Contractor shall provide all services required to assure that operational impacts on train schedules during the construction phase of the NECIP are minimized through effective planning. Appropriate detailed design considerations as well as construction phasing and staging are required to accomplish this objective.

Task 109: <u>Right-of-Way Configuration</u>

In this task the A-E Contractor, through analysis of existing reports and further investigation through gathering on-site information and other appropriate means shall:

1. Provide the necessary information, including: site characteristics, cost estimates, trip time analysis and system congestion analysis, to form a final basis for selection of curve realignments, interlockings, and flyovers.

2. Define the most appropriate clusters of curve realignments or individual realignments including flyovers which meet performance, budget and environmental requirements.

3. Provide any other information which may be required by subtasks 109.1-109.6.

Task 109.1 <u>Documentation Review and Analysis</u>

The A-E Contractor shall review existing NEC reports relating to right-of-way configuration, including all pertinent final reports, interim reports for ongoing work, and analyses performed by NECP. Based on this review, the A-E Contractor shall provide a preliminary list of feasible curve realignments, interlockings, and flyovers resulting in potential trip time reduction. The A-E Contractor shall perform sufficient system performance analysis (described

in Task 109.5) to provide a rank ordering of these improvements, based on dollar cost per minute saved. The rank ordering shall be presented in a format permitting refinement as more accurate costs and trip time savings are determined.

Task 109.2 Site Reconnaissance

On the basis of work performed in Task 109.1, the A-E Contractor shall identify additional field information required to refine the cost and feasibility estimates for the curve realignments, interlockings, and flyovers indentified in Task 109.1. The A-E Contractor shall formulate a plan for obtaining, documenting and analyzing this information and prepare as a proposed Work Release. Following NECP approval, the A-E Contractor shall implement this plan.

Task 109.3 Preliminary Cost Estimate

The A-E Contractor shall provide cost estimates for improvements identified in this task in accordance with procedures and requirements of Task 120.

Task 109.4 Environmental Impact Assessment

As soon after award as practicable, the A-E Contractor shall identify and recommend particular realignments and improvements where environmental assessment should be expedited to permit achievement of NECIP schedules. The A-E Contractor shall undertake the necessary reconnaissance and field analysis to determine the nature of environmental impacts for those realignments and flyovers which the A-E Contractor has recommended and which have been approved by NECP for environmental impact assessment. This work shall be performed by Task 110, which addresses the overall environmental assessment of all components and facilities on the Corridor. As the requisite approvals are obtained, the A-E Contractor shall assemble and maintain a list of realignments which have the required environmental and other outside approvals.

Task 109.5 Analysis of Curve Realignments and Interlockings

The A-E Contractor shall analyze the outputs of Task 108 to determine trip time as a function of curve realignments and flyovers. These outputs shall be used to continually refine and update the rank-ordered list of realignments. Using the outputs of the system performance analysis in conjunction with the updated rank-ordered list, the A-E Contractor shall recommend the cut-off point on the rank-ordered list representing those realignments which most economically meet the program and trip time requirements. This cut-off point shall be periodically reassessed throughout the preliminary and detailed design phases of the NECIP.

Task 109.6 Engineering Design Development

The A-E Contractor shall define particular clusters of curve realignments or individual realignments and interlockings. Clusters shall be based on an analysis of actual time saved, and shall be defined in such a manner that Work Units will represent clearly separate construction projects. This information will provide the inputs for the preparation of Work Packages in Task 201 (detailed design of curve realignment projects.)

Task 110: Environmental Assessments (EIA/Environmental Impact Statements (EIS)

The A-E Contractor shall accomplish all activities required to assemble and prepare the appropriate environmental impact assessments and environmental impact statements as may be required for the improvements to be undertaken; as well as (1) review and comment on the environmental analysis guide prepared by another contractor for the NEC; (2) prepare a programmatic EIS as directed by NECP; and (3) prepare documentation, obtain clearances from appropriate state and federal agencies and assist FRA/NEC in negotiating interagency agreements of mitigation where necessary for cultural resources.

The environmental assessments shall serve as the basis for programmatic or site specific negative declarations or, for EIS's for project facilites and components.

For those properties (e.g., stations, bridges, signalling equipment) listed on, or eligible for listing on, the National Register of Historic Places, the A-E Contractor shall undertake the necessary coordination with state historic preservation officials to procure formal clearances of the proposed improvements.

110.1 Environmental Assessment (EIA) for the Restructured AMTRAK Route System

The A-E Contractor, based upon background data furnished by FRA and requisite visits to impact areas, shall assemble and prepare the appropriate environmental impact assessments related to proposed changes in the existing AMTRAK route system. The EIA shall include a discussion and evaluation of the environmental issues and will include:

- Project Description;
- Alternatives to the proposed action and their evaluation; and

- Probable impacts by comparison with the proposed action to include direct and secondary economic effects, social effects, energy consumption, air quality, noise, natural environment and cultural resources.

Task 111: <u>Construction Phasing/Scheduling</u>

The A-E Contractor shall establish and implement formats and procedures in conjunction with NECP and Amtrak for developing all requisite schedules for carrying out the NECIP by designated work packages using appropriate scheduling techniques and, where applicable, using criteria established by Amtrak for coordination of construction and operations and utilizing data from Task 202.6. The schedules shall be in a format which will provide continuous updating of projections with regard to potential conflicts. The schedules shall be developed to include minimum detail with regard to major milestones, long lead items, installation of by-pass routes, temporary or interim facilities during construction, rehabilitation of existing facilities and the like. Scheduling will be performed in keeping with these concepts. Schedules developed will attempt to accomplish all trip time related program requirements and will be made consistent with the Final Corridor Master Plan.

As a part of accomplishing this task, the A-E Contractor shall develop a recommended format and procedure for maintaining the detailed construction phasing and staging schedule in a current status. Upon securing NECP's approval of the formats and procedures, the A-E Contractor shall prepare the appropriate schedules. The schedules shall be transmitted to appropriate CC's in accordance with approved procedures.

Task 112: <u>Quality Assurance</u>

The A-E Contractor shall undertake a program of quality assurance throughout the NECIP. The program shall, in conjunction with the Quality Control program (Task 405), require that specifications and other work package documentation be prepared in a manner which assures end products which meet the Program Requirements and Facility, Component Performance Standards, and other applicable specifications.

A Quality Assurance plan shall be prepared and approved by NECP which is applicable to Facility/Component Performance Standards and to the design Work Packages and provides a basis for the quality control program.

Each applicable design Work Package will include the preparation of Quality Assurance plans, requirements, specifications and standards; and test, inspection and acceptance plans and procedures. These products shall be supplied to the Standards Task 104, and codified therein and used subsequently in the Quality Control Program, Task 405.

Task 113: Logistics Planning

The A-E Contractor shall identify items of material and equipment which require advanced procurement in support of the proposed construction program for FRA and Amtrak contractors.

Upon approval of the advanced procurement of these items the A-E Contractor may be authorized to prepare procurement packages and to procure materials and equipment as described in Task 307.

The A-E Contractor shall designate a Logistics Coordinator who will serve as a focal point for logistical activities, as liaison for logistical matters between organizations.

The A-E Contractor shall implement and maintain the NECIP Logistics Planning System in accordance with the "Implementation Plan NECIP Logistics Planning System" outlined in Exhibit 5.

Task 114: Reliability/Maintainability/Safety

The A-E Contractor shall develop a program of reliability/maintainability/safety (R/M/S) for the NECIP, to include R/M/S philosophy, plan, and specifications. A major activity shall include the identification of potentially safe-critical components and subsystems on which formal systems safety analyses will be conducted. R/M/S plans and specifications shall be established for all applicable Railroad Development Projects and for lower levels as required. R/M/S philosophy and plans shall be approved by NECP prior to issuance of specifications and detailed instructions. Coordination with Amtrak (Task 107) is also a requirement of this Task 114.

Task 115: System Security

The A-E Contractor shall prepare system security requirements standards and criteria for NECP approval for providing security and security electronic equipment for the NECIP along the NEC. Using these approved standards and criteria, the A-E Contractor shall devise a NECIP

security system which shall include measures to prevent and detect and take action on intrusion, vandalism, theft and fires on the operating property, including yards, shops, and storage areas. It shall also include measures to provide personal security and safety for passengers using the railroad and for persons working on the property. The A-E Contractor shall also devise a security system for NECIP construction activities. Security standards and criteria will be incorporated in the Facility/Component Performance Standards and in appropriate design Work Packages.

Task 116: <u>Project Integration</u>

The A-E Contractor shall review all existing FRA/NECP engineering and environmental contracts and recommend to NECP for each contract an appropriate disposition. This includes redirection, extension, termination, or no change as appropriate. The purpose is to integrate effectively current ongoing work into the total program.

Task 117: <u>Amtrak Work Packages</u>

The A-E Contractor shall review and comment on all proposals requested by Amtrak for initiation of work packages. When requested by NECP, the A-E Contractor will prepare the Work Package Request for Proposal (RFP) to be performed by Amtrak. The A-E Contractor will expedite the processing of Amtrak construction and procurement work packages between FRA, the A-E Contractor, and Amtrak from inception through implementation by Amtrak according to the proposed construction program; also, provide periodic status reports on the progress of all work packages.

Task 118: <u>Reserved</u>

Task 119: <u>Feeder Line Conceptual Design</u>

The A-E Contractor shall prepare a preliminary plan for restoring the Harrisburg-Philadelphia, Albany-New York, and Springfield-New Haven lines and making modifications to the electrification and signalling systems, as applicable, in order to be compatible with NECIP. Such plan will include descriptions of necessary work, costs and schedules for track, fencing, stations, electrification, signalling and communications, tunnels, bridges and maintenance facilities. Where applicable, costs attributable for freight commuter and intercity passenger service will be separatey identified.

Task 120: Cost Estimating

The A-E Contractor shall assemble for NECP approval a format for estimating and updating total NECIP costs, including engineering and management costs for NECP, the A-E Contractor, and any other costs related to the NECIP. The format shall provide for cost estimates at appropriate defined work element, work unit and Railroad Development Project levels. Cost estimates shall be periodically updated as described below from early preliminary design through detailed design, and shall continue to be updated as a part of bid analysis to be undertaken in Task 401 and throughout the construction phase.

The A-E Contractor shall prepare or update the cost estimates at the following points:

120.1 Budgetary Estimate

Rough approximation of NECIP costs to the lowest practical level of the Work Breakdown Structure with engineering costs separated from construction costs. This estimate is required as a part of the initial issue of the Corridor Master Plan and is required 5 months after a contract award.

120.2 Pre-Design Estimate

An approximation of engineering costs of each line item of a proposed work package plus an estimate of the subsequent construction costs.

120.3 Design Review Estimate

Close approximation of engineering costs of each line item of an in-process work package plus a re-estimate of the subsequent construction costs at the 60% detail design review point.

120.4 Pre-Construction Estimate

A detailed construction cost estimate used to evaluate construction bids as described in Task 403.

120.5 Construction Review Estimate

A detailed construction cost estimate at the 60% completion point of the work package line item.

120.6 Contract Costs

The NECIP cost estimate shall be updated monthly to reflect contract costs for each line item of a design or construction work package.

120.7 Actual Costs

The NECIP cost estimate shall be updated monthly to reflect final costs invoicéd of each line item of a design or construction work package.

120.8 Cost-at-Completion Estimate

The A-E Contractor shall make a periodic (at least every three months) cost estimate of the cost-at-completion of each line item of a work package. This estimate will not be required if one of the other estimates has been generated with the previous 60 days.

All cost etimates shall represent total NECIP costs and shall include estimates for price level increases over the project life. Costs shall also include estimates for costs associated with maintenance of railroad operations during the construction phases of particular work packages. Such estimates shall include costs such as special railroad labor, track charges, cost of constructing interim facilities. Where required by NECP, as in stations, costs shall be allocated to modal/user groups and by operational and other categories. The A-E Contractor shall also supply special cost analysis studies as requested by NECP. Such studies shall include, but not be limited to, system life cycle cost studies to support or reject selection of particular design alternatives. The A-E Contractor shall employ EDP or equivalent computerized procedures, if required, to efficiently and rapidly achieve the necessary cost updating.

120.9 Estimate to Upgrade Facilities in the MTA/CTA Territory

The A-E Contractor shall prepare an estimate of the cost of upgrading facilities in the MTA/CTA territory and prepare an estimate of the annual and long term maintenance costs that AMTRAK would incur if they assumed responsibility for the MTA/CTA territory.

Task 121: Configuration Management and Change Control

The A-E Contractor shall plan and implement a program of configuration management and change control which establishes and maintains control of all changes to systems specifications, design, and construction documentation through all phases of the NECIP from the Systems performance baseline through completion of constructon and final acceptance. Change Control shall assure adequate planning and control of changes to effectively control the impact of changes on system performance, schedule and cost.

Task 122: Systems Analysis

This task covers those aspects of systems engineering related to requirements definition, socioeconomic and marketing trends, evaluation of alternatives, assessment of the costs and benefits associated with different courses of action, system financial performance, systems effectiveness measurement; and the impact on program plans of external influences such as inflation, legislative changes, Amtrak rolling stock decisions, labor disputes and agreements, freight and commuter operations, and institutional relationships.

This work is of a continuing nature, supporting routine design and development decisions, definition of future program directions, and the update and review of past studies and will be performed during the course of the NEC improvement project. The following subtasks provide the framework within which this work will be done:

- o 122.1 - System Alternatives Definition
- o 122.2 - System Evaluation
- o 122.3 - Cost Impact Estimation
- o 122.4 - Public Benefit/Cost Analysis
- o 122.5 - NECIP and AMTRAK Planning and Analysis Cost Studies (4R)
- o 122.6 - MTA/CTA Study
- o 122.7 - 1990 Improvement Selection and Plan
- o 122.8 - Labor Disputes and the NECIP
- o 122.9 - Parking Garage Feasibility Studies
- o 122.10 - Integration of Vehicle Maintenance Facilities
- o 122.11 - NECIP Management Analysis

Each separate activity implementing a subtask will be initiated only by Work Release describing the work to be performed and the limit of the costs to be incurred.

Subtask 122.1 System Alternatives Definition

Viewing the pertinent data of socioeconomic forecasts, demand projections, market analysis, service area definition for intercity and commuter passenger and freight

traffic, existing multi-modal capabilities, multi-modal system requirements and other pertinent information provided by NECP, DCP shall define a set of alternative or candidate system improvements, designed to meet the projected demand and service requirments and/or to provide the desirable capabilities or features.

These alternatives will be defined in an incremental fashion, permitting analysis of individual or combinations of improvements. Alternatives will be described in terms of the requirements satisfied or capabilities to be achieved and the costs incurred. Some examples that may be considered are MTA/CDOT territory upgrading, feeder line improvements, advanced maintenance systems, optimized terminal operations, major curve realignments, and improved passenger amenities.

Operations, maintenance and support associated with an improvement will also be included in cost estimation. Complete life cycle costing will be developed where appropriate but in any event cost data will be as complete as possible for the particular improvement and will be presented in terms of net present value. R&D costs will be included, where appropriate.

Subtask 122.2 System Evaluation

The major activity under this subtask will involve evaluation of the effectiveness of alternative rail system improvements in attaining the primary system objectives, legislative goals, or other desirable capabilities. Selection or effectiveness criteria will be developed and the degree to which they are achieved will be measured. The effectiveness criteria used will be related primarily to the particular option's performance but will also be translatable into a more generalized set of criteria related to achievement of higher level objectives. These will be compared with the cost and the alternatives ranked. The more cost effective alternatives will be given further consideration in developing and evaluating a future improvement program.

Subtask 122.3 Cost Impact Estimation

The subtask covers the analysis of those cost sources not directly covered under the definition of alternatives that may have significant impact on overall system financial feasibility or desirability. The product of these analyses are likely to be used as an input to other subtasks. Analysis will include, but not be limited to the following topics:

1. Allocation of costs between freight, intercity passenger, and commuter operations.

2. Effects of changes in labor contract benefits as a result of potential new agreements.

Subtask 122.4 Public Benefit/Cost Analysis

A major aspect of the decision-making process for modal improvements involves the "full accounting of the public costs and benefits of improving various modes of transportation" (Section 703(E) - 4R Act). This form of evaluation will be done in addition to or in concert with the cost/effectiveness evaluation of Subtask 122.6 which deals with the degree to which various rail improvements help to achieve system and legislative objectives. Benefits and costs in this analysis will be primarily those that affect areas other than the movement of freight and passengers although general transportation benefits will also be covered. Some examples of the possible benefits to be investigated are:

1. Reduction or elimination of subsidies.

2. Reduced air, water, and solid waste pollution.

3. Reduced noise.

4. Increased energy efficiency.

5. Improved safety-reduced deaths/injuries/damage due to accidents.

6. Reduced public investment in other transportation modes.

7. Reduced cor ımption of resources.

8. Increased tax base.

9. Reduced unemployment and associated public welfare and benefit costs.

10. Capacity to exceed regional transportation needs, providing a cushion to meet emergencies.

11. Time saved in transportation.

The public costs may be measured in the investment required to achieve certain benefits or may be expressed in terms of the social costs of the transportation improvement, such as increased noise or a reduced tax base, and the associated dollar costs.

This task includes diverse requirements for Systems Analysis.

Subtask 122.5 <u>NECIP and AMTRAK Planning and Analysis Cost Studies (4R)</u>

- o Determine the economic effects of peak load pricing on AMTRAK NEC operating costs for power "over time".

- o Evaluate the overall economic implications of the cost sharing principles of the Final System Plan developed by the United States Railway Association for the sharing of costs between passenger and freight operations.

- o Determine the economic effect of a 4.1 percent increase in Railroad Retirement funds contribution on construction costs within the Northeast Corridor.

- o Gather data and perform analysis necessary to ascertain the potential effects of changes in labor benefits as a result of current union bargaining.

- o Estimate the impact of inflation rates on materials and labor costs associated with the NECIP and post 1981 train operations and maintenance of facilities and ROW.

- o Analyze Life Cycle Costs for varying configurations of vehicles and fleet mix on the Northeast Corridor for the operating period from 1982 through 1985. (Work stopped on this study 2-10-78).

- o Design a system for compiling total corridor investment and sources of funds. The system is to be compatible with the DCP Cost Accounting and Control Systems. The resulting system is to be maintained by DCP. (This study was deleted 11-17-77).

Subtask 122.6 <u>MTA/CTA Study</u>

1. <u>MTA/CTA Upgrade</u> - Prepare an estimate of the cost of upgrading facilities in the MTA/CTA territory (RDP "H") above the program currently planned and defined in the CMP and to the level described in the Program Requirements.

2. <u>MTA/CTA Maintenance</u> - Prepare an estimate of the annual and long term maintenance costs that AMTRAK would incur if they assumed responsibility for the MTA/CTA territory.

Subtask 122.7 <u>1990 Improvement Selection and Plan</u>

- o Define the improvement that will contribute to achieving 1990 goals of 2:30 Washington to New York and 3:00 of New York to Boston.

- Develop criteria for evaluating and ranking improvement alternatives using measures such as trip time, safety, maintainability, schedule reliability, comfort, etc.

- Evaluate candidate improvements in terms of previously developed criteria costs and public benefits that would accrue.

- Prepare a recommended program of improvements including project description, costs and schedule.

- Perform a Further Improvements Study as requested by an FRA letter of August 19, 1977 from David S. Gedney to J. A. Caywood. Purpose of the study: to assist FRA in identifying potential further improvements to the Corridor beyond the current program.

Subtask 122.8 Labor Disputes and the NECIP

Define the form and effects on the NECIP of potential labor disputes. Recommend actions to forestall or alleviate the problem. Potential disputes may involve the Railroad Management Group, National Railway Labor Conference, Railroad Brotherhoods, and jurisdictional problems.

Subtask 122.9 Parking Garage Feasibility Studies

Perform parking garage feasibility studies at 14 high speed rail stations.

Subtask 122.10 Integration of Vehicle Maintenance Facilities

Perform a study of the potential of integrating vehicle rebuild/overhaul facilities of AMTRAK and the other rail commuter and rapid transit operating agencies in the Northeast Corridor.

Mod #63 (added) Subtask 122.12 Added by Mod #63 (Previously carried as Mod #52, ltr Contract)

Subtask 122.11 NECIP Management Analysis

Utilize consultant services to assist the Director, NECIP in the areas of management planning, control and execution.

Mod #63 (added) Subtask 122.13 Station Area Development and Access Improvements - (Added by Mod #62)

ENGINEERING DESIGN-COMPONENTS AND FACILITIES

GENERAL: Under this segment of the scope of services, the A-E Contractor is responsible for the detailed, final design of all components and facilities to be improved, upgraded, reconstructed or newly constructed in the NEC to implement the NECIP. For each Work Package, the A-E Contractor shall develop and assemble the requisite drawings, specifications, cost estimates, construction phasing/staging

Mod #63 (added) Subtask 122.12.1 NEC Freight Analysis: (See SOW at end of Task 122 Section)

schedules, and procurement plans to build the particular Work Units associated with a specific Railroad Development Project. Coordination with NECP, Amtrak, and local transportation agencies and modal users shall be an integral part of this segment of the contract. In general, it is intended that the A-E Contractor subcontract preliminary and final design and bid packaging, and manage formal reviews and approvals. For purposes of organizing the detailed design activities, the major work to be undertaken on the NEC has been organized into 11 subsystems, each one representing a system component or site-specific facility. Cost estimating work is described separately. The subsystems are as follows:

- Route Realignment - All land, structures, facilities, and track associated with providing an operational railroad on a new alignment. This includes all grade separations to be provided by bridges or tunnels. Note: Signals, communications, control sytems, and electrification will be addressed in their respective categories.

- Track Structures - All trackwork, subgrade preparation, turnouts, interlockings, related components and supporting material associated with railway track in open territory, stations, yards and shops. Trackwork on bridges or in tunnels may be excluded.

- Bridges - All structures more than ten feet long providing a grade separation between the railroad and a waterway, highway, pedestrian walkway or utility. Note: New bridges associated with alignments will be addressed in the Route Realignment category.

- Electrification - All facilities and structures required to reliably provide power at 25 kv 60 Hz, or existing voltages to remain unchanged, to the trains, including rehabilitation of existing structures and facilities as well as new construction, supervision and remote control of the system.

- Signals and Traffic Control Subsystems - All wayside and remote structures, special power supply and transmission equipment, and other related facilities required to safely control train operations using conventional signals and traffic control systems.

- Communications - Long distance and local circuits required to operate the NEC involving voice, video and telemetry systems. Major communications demand elements are considered to be: centralized traffic control, centralized substation controls, maintenance shops, passenger reservation systems, security forces, accounting data, and voice.

- Fencing/Barriers - All structures required to provide a controlled access to the NEC ROW. Barriers required to assure limited access at stations or portions of stations not serving intercity passengers, such as commuter stations, are also included in this category.

- Grade Crossings - All improvements required to eliminate private grade crossings or provide separations where required along the ROW including new or relocated access roadways.

- Stations - All improvements required to accommodate projected 1990 patronage levels for intercity and commuter rail facilities organized in distinct work packages for either operational or non-operational. Improvements related to the right-of-way are addressed in their respective component design tasks.

- Maintenance and Service Facilities - All structures, shop equipment, pollution control facilities, track and other facilities necessary to maintain and service rolling stock and the fixed plant along the right-of-way.

- Tunnels - Four major tunnels on the NEC: East River, New York; North River, New York; Union Tunnel, Baltimore; and B&P Tunnel, Baltimore. One minor tunnel, East Haven, Connecticut.

The Scope of Work for each of the 13 design activities (i.e., Tasks 201 through 213) results in the generation of designs and specifications in sufficient detail to provide the engineering basis for construction Work Packages.

Each construction work package will consist of the following major elements:

- Final Architectural/Engineering Design Drawings - The A-E Contractor shall, upon approval of preliminary (design development) drawings by the requisite agencies, prepare all requisite construction drawings in appropriate Work Package formats. Development of appropriate construction bid alternates will also be included. All documentation shall conform to formats developed in Task 106.

- Specifications - The A-E Contractor shall prepare all specifications in a format to be approved by NECP. Detailed equipment and materials listings shall be prepared and assembled as an integral part of this task.

- Cost Estimates - The A-E Contractor shall prepare detailed cost estimates in NECP approved formats for all categories of work to be undertaken. These cost estimates shall represent turnkey costs and shall be escalated to cover anticipated price level changes during full construction and bidding cycles.

- Construction Schedules - The A-E Contractor shall prepare, according to NECP approved formats and procedures developed in Task 111, all schedules required for the construction project including long lead items, interim and operational transition facilities by Work Elements with major milestone indications.

- Approvals - The A-E Contractor shall secure formal approvals of final engineering documentation prior to assembling documents in Work Packages for subsequent competitive bidding. Approvals will follow general procedures established in Task 107.

- Procurement Plan - Pursuant to the procurement procedures and plan established in Task 307, work package documentation will include the proposed plan for solicitation and evaluation of bids, award recommendation, and contract award processing.

Railroad Development Projects

In the course of the design activities in these 200-series tasks, the A-E Contractor shall establish an integrated package of construction work elements reflecting work phasing to insure timely construction, within the Railroad Development Projects including the assembling of equipment and material listings for the evaluation of critical lead times. The A-E Contractor shall develop specific site specifications, clear definitions of interface requirements of new and old alignments, plans to maintain traffic during construction and plans to stockpile existing track items for subsequent reuse. The A-E Contractor shall evaluate access constraints, labor and market conditions, community relations, construction contractor facility and utility needs, use of small business or minority contractors, contract formation and procurement planning to minimize risk and cost and assure competent performance.

Reviews

In addition to informal technical reviews of design by the A-E Contractor, it is planned that detailed design be reviewed by Amtrak and by NECP at levels, approximating 30-60-90 and 100% completion and be scheduled in accordance with Task 310.

Task 201: Route Realignments

Objective

The objective of the Task is to develop the necessary detailed design on which to base construction Work Packages to achieve the required realignments.

References

The A-E Contractor shall review Tasks 9, 18 and 19 (see Reference Documents-Exhibit 3) to obtain an understanding of the basis of the realignment program. The results of Task 109 will provide the specific inputs for this work.

Scope of Work

Task 201.1 Establishment of Track Layout

Based on field survey information obtained in Task 109, and additional field survey information as required, the A-E Contractor shall develop a contour mapping of the realignment location to serve as a base map for preparation or preliminary drawings. Supplemental field survey and soils investigation programs will be conducted as necessary to insure that sufficient information is available.

The A-E Contractor may utilize the services of Conrail Watchmen/Flagmen to support field investigations and surveys on those sections of track controlled by Conrail.

The interface between new and existing alignments shall be developed in such detail that train operation and cut-in scheduling requirements may be evaluated and put into detailed schedules. The need for temporary tracks or facilities to facilitate cut-in will be assessed with attention paid to the number of tracks, topography, and electrification requirements among other factors. Other assessments may include but are not limited to the following:

(1) drainage requirements

(2) catenary pole and signal mast relocation

(3) flyover alignment to minimize disruption of train operations by construction

(4) temporary or permanent connections to industries requiring maintenance of freight services depending on the economy of construction, local freight patterns, seasonal requirements of industrial users.

Task 201.2 Preliminary Design

Using the track layout information from Task 201.1, the A-E Contractor shall perform sufficient preliminary design to provide preliminary cost-estimates and to permit particular portions of the total design (e.g., bridges) to be extracted and packages as separate Work Units.

In performing Tasks 109 and 110 (Right-of-Way Configuration and Environmental Impact Statements) the A-E Contractor will resolve major problems relating to residential and industrial impacts, impacts on utilities, industrial areas, highways, street systems, waterways, etc. During the design process in this task, the A-E Contractor will maintain appropriate contact with the affected agencies and groups to insure that the design is compatible with requirements established in the previous Tasks.

Preliminary engineering will establish: track elevations, spacing and alignment; cross sectional requirements; alterations required to existing structures; need for new bridges, underpasses, tunnels or grade separations; track shifting requirements; soils stabilization requirements; impact on railroad operations; the need for temporary track alignments; and additional land required.

Preliminary engineering data also will be submitted to the signal and train control, communication, and electrification and bridge design teams to enable coordinated designs to be established and to avoid staging delays resulting from lag in these integral areas.

Task 201.3 Design Work Packages

The A-E Contractor shall be responsible for the complete development of the detailed design Work Packages. The A-E Contractor shall establish the design details of physical interfaces between Work Units and shall provide plans and specifications necessary for accomplishing the interface in the field. Where realignments require interim components to facilitate railroad operations during construction (e.g., temporary track sections) the design and specifications for such components shall be included.

Task 201.4 Construction Work Packages

The A-E Contractor shall be responsible for the complete development of the construction Work Packages.

Task 202: Track Structures

Background

The NECIP includes rehabilitation and modification of over 1300 miles of railway track structure on a right-of-way over 450 miles in length. Development of the work programs will involve interlockings, curve spirals, ditches and drains, subgrade stabilization, new track construction, rail and switch renewals and other like efforts. Reports summarizing extensive analysis of track structure designs are available or in preparation and will be used as a basis for developing the NEC track structure.

Objectives

Develop the specifications, procedures and designs for rehabilitation and modification of the existing tracks in the NEC to meet the demands of a high-speed railroad. The following specific goals shall govern the program:

(1) Rehabilitation of designated tracks to meet specifications for speeds up to 120 mph.

(2) Incorporation of improvements in track structure and layout (e.g., high-speed turnouts, interlocking configuration, curve spiral and superelevation, and other similar improvements) consistent with the goals of the NECIP.

References

The A-E Contractor shall use the following documents and resources as reference material in the development of the NEC track specifications: Contractor Reports for Tasks 2,3,15,18 and 22 (See Referenced Documents - Exhibit 3); AREA Manual for Railway Engineering; Specifications for NEC Stone Ballast; Amtrak-Standard Plans; and Amtrak-Specifications for Construction and Maintenance of Track.

General

The A-E Contractor will provide all engineering services necessary to develop and implement appropriate track improvements with the exception of those tasks specifically assigned to Amtrak. The contractor shall coordinate all efforts with NECP and Amtrak.

Scope of Work

Task 202.1 Reserved

Task 202.2 Track Designations

Using existing railroad information, contractor reports and NECP in-house analysis, the A-E Contractor shall designate by milepost and track number, NEC tracks according to usage (e.g., mainline passenger tracks, alternate passenger tracks, freight tracks used for occasional passenger detour, and other tracks).

For mainline passenger tracks the A-E Contractor, in close coordination with NECP and Amtrak, shall describe further track designations required to develop the Program Requirements and Corridor Master Plan. Factors affecting these track designations shall include, but not be limited to: maximum speed potential, length of tracks at maximum speed, and sections requiring realignment. Track charts shall be prepared to show all track designations on the NEC.

Task 202.3 Standards

The A-E Contractor shall assign appropriate track classifications (e.g., Class VI, etc.) to particular tracks, based on designations assigned in sub-tasks 202.2. The A-E Contractor shall develop for codification in Task 104 standards and design requirements consistent with the operational characteristics and performance levels associated with these tracks designations and classifications and the Referenced Documents. Items to be addressed shall include but not necessarily be limited to:

a. Tie type and grade

b. Spacing of Ties

c. Type of fastener

d. Spike/fastener anchorage patterns

e. Depth and width of sub-ballast layer

f. Depth of ballast layer under ties and outside shoulder widths

g. Tracks alignments and gauge tolerances

h. Tracks centers

i. Superelevations requirements

j. Spiral lengths

In territories where high speeds can be sustained for significant distances (criteria to be established in consultation with NECP), the A-E Contractor shall investigate the cost and performance effectiveness of incorporation of concrete ties into the track structure and report results to NECP. Reduced requirements for track usage incident to maintenance work and extended maintenance cycles accruing from use of concrete ties should be a consideration in the cost analysis.

Task 202.4 Program Development

The track improvement program shall be based on the results of field inspections made by the A-E Contractor as well as on reports and other information available to him and analyses performed. All activities shall be closely coordinated with Amtrak. Specific Work Elements in the program shall include but not necessarily be limited to:

A. Rail Renewal - The A-E Contractor shall inspect rail in designated tracks to determine site specific locations for rail renewal and insulated joint replacement.

B. Tie and Surfacing - The A-E Contractor shall develop a tie and surface renewal program for designated tracks. Program shall include track number, mile post location and number of ties per mile.

C. Interlockings - The A-E Contractor shall inspect each interlocking and develop a program for rehabilitation including but not limited to the following:

   a. Raising interlocking to facilitate renewal of switch timber

   b. Cribbing and excavation of fouled ballast from track, shoulders and center ditches

   c. Renewal of switch

   d. Ballast distribution

   e. Track surfacing

   f. Restoration and replacement of drainage facilities

   g. Renewal of turnouts and crossovers and associated where necessary

D. <u>Ballast Cleaning and Undercutting</u> - The A-E Contractor shall formulate a program for ballast cleaning and undercutting where required.

E. <u>Drainage and Ditching</u> - Ditches and cross drains shall be inspected to determine need for restoration, replacement, or construction. The A-E Contractor shall perform engineering necessary to improve drainage facilities on a site specific basis with attention given to the control of erosion.

F. <u>Subgrade Stabilization</u> - The A-E Contractor shall locate unstable subgrade conditions through observation of the track structure and through NECP and Amtrak resources. The A-E Contractor shall identify and list locations in priority order for each location. Preliminary soils investigations shall be conducted as required to determine corrective action to be taken.

G. <u>Rail Grinding</u> - The A-E Contractor shall determine locations in designated tracks for grinding and shall prepare appropriate programs.

H. <u>Track Surfacing</u> - Track surfacing shall be programmed in conjunction with other work such as tie renewals, rail renewals, interlocking rehabilitation, curve spiral improvements and other similar work. Track surfacing performed as a maintenance function and not related to other work shall not be programmed in the context of this program.

I. <u>Surveying and Locating Centerline Monuments</u> - The A-E Contractor shall be responsible for all survey activity involved in locating and referencing centerline monuments in Connecticut and Rhode Island. This work shall include the computation, field surveys, and plotting of reference maps and the filing of such reference plots in the appropriate town or county clerk's office.

J. <u>Renovation of Access Roads</u> - The A-E Contractor shall prepare construction work packages for the renovation of existing access roads and/or the construction of new access roads. The access road plans should take into account safety, the environment, the access needs of Amtrak, future construction in the area, possible track realignment, and right-of-way needs.

Task 202.5 Improvements to Track Layout

Based on track inspections performed in sub-task 202.4, other available track information, an observation of railroad operations, the contract shall identify particular improvements to the track configuration (e.g., changes in location or design of interlocking, establishment of high speed turnouts, curve sprial and superelevation improvements, etc.) where significant cost effective reductions in trip time appear to be possible. These potential improvements shall be developed with reference to Task 108 (Operations Analysis) and Task 109 (Right-of-Way Configuration). Using the outputs of these tasks as required the A-E Contractor shall define the NEC track layout in appropriate work package detail.

The A-E Contractor shall develop a draft scope of work for the proposed instrumented track section test program.

Task 202.6 Work Plans and Schedules

A. Track Structure Work Plan - A five-year plan encompassing all aspects of the track improvement program shall be prepared by the A-E Contractor and be compatible with the Corridor Master Plan. The plan shall be based on the results of field inspections made by the A-E Contractor as well as on reports and other information available to him. The A-E Contractor shall coordinate his activities with Amtrak as necessary to the expeditious development of the five-year work plan. Prior to development of the five-year work plan, the A-E Contractor shall obtain NECP approval of program format. The format shall provide for periodic updating of the program based on results of Tasks included in this Scope of Work. The five-year work plan shall be subdivided into annual programs for each calendar year commencing with January 1, 1977. Annual programs shall identify Work Elements and Work Units and shall be the basis for development of Work Packages. Each program shall include a detailed schedule for each Work Unit by Work Element, including starting date, days to completion and completion date. Schedules should also include work location by Division and Mile Post and an accounting cost center number for referencing labor and material charges.

B. Initial Track Structure Work Plan - In conjunction with the development of the Track Structure Work Plan, the A-E Contractor shall furnish for NECP approval an Initial Track Structure Work Plan within two months from initiation of contract work. The track improvements to be achieved prior to the

close of calendar year 1977. This plan shall be closely coordinated with Amtrak and NECP, and is intended to expedite start-up requirements to attain significant progress in the early months of the program. The plan should identify work to be performed under the existing Emergency Maintenance Program.

Mod #04 202.7 Concrete Tie Pads

## Task 203: Bridges

### Background

The NEC presently includes 772 undergrade bridges over ten feet in length; and 530 overhead highway pedestrian and utility bridges. NECP studies contracted under Task 2 identified all bridges in relation to their type of construction and age, and provided preliminary estimates of the work required on individual bridges (e.g., replacement, rehabilitation, change in location, etc.) Task 15 included on-site inspection of all undergrade bridges, bridge rating and development of conceptual designs for individual bridge improvements. The outputs of these tasks provide a basis for development of individual bridge design Work Packages and implementation of an overall NEC bridge improvement program.

### Objectives

Objectives of this Task are:

1. Documentation of a detailed program for NEC bridge improvement, integrated with the entire NECIP, and with appropriate schedules, milestones and cost estimates.

2. Development of individual bridge detailed specifications and designs for required rehabilitation, replacement, etc., and development of Work Packages for construction which incorporate these specifications and designs.

### Scope of Work

#### Task 203.1 Program Development

The A-E Contractor shall review existing reports and FRA-supplied information describing plans and/or preliminary designs for individual bridge improvements, relocations, and replacements. Using this information, the A-E Contractor shall perform (through Task 107) preliminary coordination with Federal, State, and local agencies, Amtrak and other users of the railroad, and shall identify key user requirements and impact of construction program on railroad operations. The A-E Contractor shall utilize this information in

compiling, for NECP approval, a detailed time phased Bridge Program Plan with cost estimates and appropriate key milestones to be compatible with the Corridor Master Plan. The Bridge Program Plan shall include an account for provisions for maintaining railroad operations during con- struction.

Based on recommendations and design criteria developed in Tasks 2 and 15 (See Reference Documents), the A-E Contractor shall assemble and submit for NECP approval as a part of Task 104 comprehensive Performance Standards and design requirements to be employed in the design phase of the program. These shall include but not be limited to strength requirements, system capacity and other operational requirements, clearance requirements, and minimization of damage to environmentally sensitive areas.

Task 203.2 <u>Design Investigation and Agency Coordination</u>

Task 203.2.1 <u>Undergrade Bridges</u>

a. <u>Bridge Relocations and New Bridges</u>

The A-E Contractor shall coordinate the bridge program closely with the railroad realignment programs to determine existing bridges requiring modification or relocation and new bridges which will be required. The A-E Contractor shall maintain close coordination of the bridge program with realignment developments throughout the duration of the entire program, and shall maintain bridge improvement plans and schedules to be compatible with developments in realignments.

B. <u>Task 15 - Recommendations for Existing Bridges</u>

The A-E Contractor shall use the site specific recommendations of Task 15 as a guide in designing improvements to undergrade bridges. The A-E Contractor shall provide additional field inspections as necessary to confirm that conditions in the field relate accurately to design concepts recommended in Task 15.

c. <u>Local Agency Recommendations</u>

In the event that local agencies provide alternate recommendations for site specific structures, the A-E Contractor shall consider them with regard to:

1. Structural and functional design integrity

2. Budgetary Limitations

3. Impact on construction schedule

Where alternate recommendations proposed by local agencies conflict with the Bridge Program Plan requirements, the A-E Contractor shall develop alternatives for consideration of NECP. The A-E Contractor shall have a major role in any discussions between the NECP and local agencies in resolution of such conflicts.

d. Navigable Waters

The A-E Contractor shall maintain a close relationship with appropriate offices of the U.S. Coast Guard and shall coordinate bridge work with them. The A-E Contractor shall notify NECP whenever Coast Guard approval or authorization is needed for any required work on bridges. The A-E Contractor shall prepare, subject to the approval of NECP, any documents necessary to obtain Coast Guard approval.

e. Temporary Structures

The A-E Contractor shall insure that final construction work packages provide for all temporary structures needed to facilitate construction of undergrade bridges as authorized by the NECP including temporary movable bridges, runaround structures and realignments.

f. Fort Point Channel Bridges

The A-E Contractor shall provide a load rating for the Fort Point Channel Bridge on the Dorchester Branch in Boston, Massachusetts. Requested rating pertains to the superstructure members which carry the two Dorchester Branch Tracks.

Task 203.2.2 Overhead Bridges

The A-E Contractor shall inspect all overhead bridges carrying vehicular or pedestrian traffic to insure structural integrity. Unsafe conditions revealed should be brought to the attention of NECP and Amtrak immediately. Overhead bridges will not be rehabilitated or improved except as they impact on the development of the NEC program. The A-E Contractor shall determine overhead clearance and recommend to NECP measures necessary to provide overhead clearance indicated in the Bridge Program Plan. Recommendations should be based on a preliminary engineering study as required to develop structural changes needed, construction

procedure and cost estimates. The study should include descriptions, significant conditions, analyses of general conditions encountered at all bridges and a short narrative for each bridge recommending specific repairs, evaluating cost estimates and effects on adjacent private property.

The A-E Contractor's report for each overhead bridge shall also address alternatives to major renovations, such as the closing of the overpass and construction of access roads to nearby grade-separated crossings constructed to modern standards.

Task 203.3 Design Work Package

The A-E Contractor will be responsible for the development of the detailed design Work Packages. The A-E Contractor shall establish the design details of physical interfaces between Work Units and shall provide necessary plans for accomplishing the interface in the field. Where construction considerations require interim components to facilitate railroad operations, the design and specifications for such components shall be included.

Task 203.3.1 Bridge Tie Design

The A-E Contractor shall prepare plans and specifications for the procurement and installation of bridge ties by Amtrak for all open deck bridges on the NEC which need new ties, except those for which Amtrak has recently ordered ties. The work includes a condition evaluation of existing ties, spacer blocks, and hardware and the surveying, designing, and drafting required to provide procurement packages for Amtrak's use in procuring bridge ties.

Task 203.4 Construction Work Packages

The A-E Contractor will be responsible for the development of the construction Work Packages.

Task 204: Electrification

Background

The NEC is presently electrified from Washington, D.C. to New Haven, Connecticut, at 11 Kv 25 Hz. Previous studies have shown that electric operation of the NEC is more economical than diesel operation and that the most economical electrification system is at 25 Kv 60 Hz. Two tunnels, not on the corridor proper, Virginia Avenue and First Street in Washington, D.C. require modification to accommodate changing the voltage to 25 Kv and are included in this task.

Objectives

A. Develop the designs for a modern commercial frequency (60 Hz) electrification system covering the NEC from Boston to Washington, D.C., capable of supporting the operational requirements of high-speed passenger trains, commuter trains, and freight trains. The following specific goals shall govern the design:

1. Since the incremental cost of new 150 mph catenary as compared to new 120 mph catenary is considered to be negligible, the new catenary from New Haven to Boston shall be constructed with a top ultimate speed of 150 mph (240 km/hr) where track and operating conditions permit. (Ref. Task 11.)

2. A uniform power supply of 25 Kv 60 Hz shall be designed for the Northeast Corridor.

3. Existing or modified passenger equipment (commuter and intercity) will run on the new voltage and frequency where economically feasible.

4. Overhead clearance will be modified where required so that there will be no reduction in existing clearance limitations for freight or passenger service as a result of the electrification.

5. Any electrified branch lines which receive electric supply from NEC substations shall be included in the design.

B. Design the power supply system between New Rochelle, New York and New Haven, Connecticut to operate at either 12.5 Kv or 25 Kv 60 Hz, with full power available (for high speed operation) only when operating at 25 Kv. The following specific goals shall govern the design:

1. The design shall include substations and associated transformers, utility connections, auxiliary supplies and switching stations as needed for the proposed 25 Kv 60 Hz center feed system. This supply system to be connected, together with such existing equipment as is necessary, to provide continuity of operation of the 12.5 Kv 60 Hz auto-transformer feed system presently being installed and commissioned by Conrail/MTA/CTA under UMTA contract arrangements.

2. Determination of the feasibility of retention and subsequent reuse of transformers, protection equipment, circuit breakers, and other major equipment items presently being installed as apart of the Conrail/MTA/CTA project.

3. Provision of Supervisory Control for this section of the NEC route, or modification of systems being provided by the Conrail/MTA/CTA project.

4. The design shall include the section from Woodlawn, New York to New Rochelle, New York since this is an integral part of the electrification system.

Reference

The A-E Contractor shall thoroughly review Tasks 5, 16, 17, 17d, and 51 (See referenced Documents) to gain an understanding of the total electrification requirements. The results of Task 16 will serve as the starting point for this work. Every effort shall be made to standardize designs of components and facilities throughout the NEC. For electrification purposes, the NEC scope shall include freight and commuter branches which receive their traction power directly from main line substations.

Task 204.1 Existing Catenary Inspection

The A-E Contractor shall arrange for an inspection of all existing catenary to determine what changes must be made (additional insulators, etc.) to permit increasing the operating voltage to 25 Kv. A detailed itemizing of location (catenary pole number) shall be prepared. Concurrently, the A-E Contractor shall identify locations where wire grading is incorrect for projected track speeds and where work on supports is required. Documentation of all findings and recommendations shall be prepared for NECP review and approval prior to developing the detailed Work Packages. The A-E Contractor shall inspect the tunnels at Virginia Avenue and First Street in Washington, D.C. and the 36th Street and New York - Pittsburgh Subway tunnels in Philadelphia, Pennsylvania and make appropriate recommendations for modification.

Task 204.2 Clearance Analysis

The A-E Contractor shall survey all overhead clearance points (bridges, tunnels, stations, etc.) where catenary exists or is planned, to determine where 25 Kv clearances superimposed on existing loaded car profile limits will require track or structural changes. After itemizing all

locations requiring modifications, the A-E Contractor shall determine the most economical means (lower track, raise bridge, special insulation, etc.) of providing clearances on a site-specific basis to meet the requirements. The A-E Contractor shall immediately notify the NECP of any major unexpected findings and shall provide summary documentation to the NECP of all findings and cost analysis prior to submitting the program plan.

Task 204.3 Program Development

The A-E Contractor shall develop a comprehensive overall plan for the electric traction system throughout the NEC. This plan shall cover such items as: locations of supervisory control panels, locations where existing catenary should be repaired or replaced, clearance modifications required, substation locations, voltage change points (if any), rolling stock modifications and the manner in which the construction Work Packages will be prepared. This plan must be approved by the NECP.

Task 204.4 Standards Development

In close coordination with NECP, the A-E Contractor shall develop detailed standards for catenary, transmission lines, and substations. The A-E Contractor shall prepare general standards which field forces will use to correct contact wire grades, paint supports, replace any wires, etc. These standards shall be approved by the NECP and maintained in Task 104.

Task 204.5 Design Work Packages

Using the findings of Tasks 204.1 through 204.4, the A-E Contractor shall develop complete design Work Packages for preliminary and detailed site-specific design of all components and facilities necessary to implement the Electrification Program Plan approved by NECP, including modifications to existing catenary, new catenary, substations, transmission lines, phase breaks, switching stations, and supervisory control. Detailed design modifications shall be provided only where the catenary style is to be significantly changed (simple to compound catenary, inclined to chord catenary, etc.).

Task 204.6 Impact on Utilities

The A-E Contractor shall provide detailed analytical studies of the following utilities to determine if any of the traction power impacts on the utility supply are significant.

A. Potomac Electric Power Company (PEPCO)

B. Virginia Electric Power Company (VEPCO)

C. Baltimore Gas & Electric Company (BG&E)

D. Philadelphia Electric Company (PECO)

E. Delaware Power & Light Company (DP&L)

F. Public Service Electric & Gas Company (PSE&G)

G. Con-Edison Company (CON-ED)

H. Northeast Utility Company (NESCO)

I. United Illuminating Company (UICO)

J. New England Power Service Company (NEPSCO)

K. Boston Edison Company (BECO)

Task 204.7 Interference

The A-E Contractor shall take precautions during the detailed design to minimize electromagnetic interference in adjacent wires and cables whether they are railroad or privately owned. In urban areas, special designs may be required to meet the required standards. The A-E Contractor shall provide a summary of the calculated interference levels expected to occur and the cost of mitigation where it is deemed necessary to meet accepted interference levels.

Task 204.8 Rolling Stock Modifications

The A-E Contractor shall undertake a preliminary design effort to make selected modern commuter and intercity passenger equipment (locomotives and MU cars) compatible with operation at 25 Kv 60 Hz and existing power systems. The modifications shall incorporate automatic change-over as the equipment passes a phase break between systems. The contractor shall provide an estimate of the costs of modifying each category of equipment to NECP in a report which will outline alternative courses of action to be taken if specific modification costs appear prohibitive.

The A-E Contractor shall study the characteristics of the existing Amtrak pantographs as well as other available pantographs and advise if design changes are warranted for high speed service.

Task 204.9 Construction Work Packages

The A-E Contractor shall develop complete construction Work Packages.

Task 205: Signalling and Traffic Control Subsystems

Background

The signals on the NEC date from the 1890's to the present with many styles of wayside equipment to be found. Some equipment is incompatible with 60 Hz electrification and some must be replaced. The installed equipment is in varying states of repair; some of it can be rehabilitated and is obsolete and must be replaced. The system must be redesigned to permit high speed passenger train operation.

Train operations on the NEC are currently controlled from more than 75 towers connected by radio and telephone to a few dispatchers located in major terminals. Train locations are known exactly only when they pass a tower or relay the information by radio. Lack of a central traffic control system hinders track flexibility and contributes to train delay.

Objectives

A. Provide the NEC main line with a highly reliable, modern high-speed signalling system capable of supporting the projected operational requirements of suburban, freight, NEC and long haul trains. This will require:

1. An inspection of all signalling equipment used on the NEC to determine its condition.

2. The preparation of standards which will be used to design the signal system (wayside and vehicle).

3. The preparation of preliminary and detailed designs and construction Work Packages for the modification or replacement of existing subsystems.

B. Improve the operational flexibility and capacity of the NEC by installing a centralized traffic control system (CTC) on selected sections of track where investigation establishes economic and/or operational advantages will be gained through such installations.

Scope of Work

Task 205.1 Document Review

The A-E Contractor shall thoroughly review Task 4A (Signalling and Communications) to gain an understanding of the existing signals and the problem of incompatibility with a 60 Hz electric traction system.

The A-E Contractor shall also review Tasks 4, 4A, and 4B (See Referenced Documents) to gain an understanding of train operations projected for all segments of the NEC. Task 11 shall be reviewed to determine future possible mainline track configuration changes.

Task 205.2 Field Inspection

The A-E Contractor shall undertake a field inspection of signal and interlocking equipment to determine its condition and suitability for long-term use. The field inspection should include adequate samples of signal system equipment installed during different time periods (pre 1900, 1900-1920, 1930-1940, etc.) and of different types (semaphore, spotlight, positon light, etc.) to permit extrapolating the findings to other locations.

The inspection shall cover all aspects of the signal system such as: power supply, cables, relays, masts, relay cases, ducts, impedance bonds, etc. A report shall be provided which itemizes equipment which is considered to be scrap, reworkable to be compatible with NEC standards (Task 104), or acceptable for NEC use in its present condition. An estimate should be made of the cost to rework equipment so identified and the savings realized by not purchasing replacements. The cost estimates made for the sampled locations shall then be appropriately extrapolated to cover all similar locations on the NEC. This cost data shall be tabulated on a site-specfic basis.

Task 205.3 System Analysis

The A-E Contractor shall undertake a study of the NEC to determine the economic and operational advantages to be gained by installing CTC or TCS in various segments, such as: Boston-Providence-New Haven, etc. (In this analysis the sections from Penn Station, New York through Harold Interlocking and from Zoo to Brill Interlocking in Philadelphia, Pennsylvania, will not be considered for CTC.) The sections shall be ranked in descending order of benefits and submitted to NECP along with a preliminary cost estimate on an individual link or interlocking basis together with a recommendation of those sections to be equipped with CTC or TCS within the program budget.

Following determination of the CTC/TCS plan, and NECP approval, the A-E Contractor shall determine the most economical location for placing CTC control machines. Location economics should be coordinated with the requirements of supervisory control of the electric traction system outlined in Task 204 as it is operationally desirable to locate the power dispatcher with the train dispatcher.

The System Analysis shall also include the determination of the degree of application of automatic train identification systems in developing the CTC/TCS plan.

Task 205.4 Standards Development

The program being implemented will have a top speed of 120 mph (193 KM/HR) and will retain through freight service on NEC trackage. A uniform set of signal standards is to be developed covering the entire NEC from Washington, D.C., to Boston, Massachusetts. The standards shall optimize the performance of the high-speed passenger trains without degrading the performance of other services using the NEC. These standards shall be included in Task 104. The standards for signals shall include, but not be limited to, the following topics:

A. Operational and Performance Standards

1. Block Design Criteria
2. Wayside and Cab Signal Indicators
3. Allowable Interference
4. Sensitivity, Location, and Readout of Hazard Detectors
5. Interface for Centralized Traffic Control
6. System Expansion

B. Hardward Standards

1. Signals
2. Switch Machine
3. Relays
4. Cable
5. Track Circuits and Cab Signal Apparatus
6. Impedance Bonds
7. Hazard Detectors
8. CTC Apparatus

If any of the proposed standards deviate from the FRA's current "Rules, Standards and Instructions", complete explanation shall be prepared for use in processing a waiver request. The operating rules now in use on the NEC shall be fully reviewed to determine what changes, if any, will be required by the implementation of new signal standards.

The A-E Contractor shall prepare a full set of standards to govern the installation of CTC and TCS and future expansion or modifications required by additional tracks and interlockings. These standards shall address such items as:

a. Remote power failure detection
b. Route locking requirements
c. Emergency power supply
d. Automatic train identification and symbols
e. Train operation recording system
f. Programming multiple operations
g. Malfunctioning equipment detection and isolation
h. Type of switch machines compatible with CTC
i. Communications circuit requirements, number and type (if available, AREA and/or AAR standards should be used)

Task 205.5 Design Work packages

Using the findings of Task 205.1 through 205.4, the A-E Contractor shall prepare a preliminary design for signal and traffic control modifications.

Following NECP approval, the A-E Contractor shall develop design Work Packages for detailed design of all work contained in the preliminary design package.

All designs for signal and traffic control shall employ stadardized component designs to facilitate installation and maintenance of the new systems and reduce cost.

Task 205.6 Safety Approvals

The FRA Office of Safety must approve any material modification to a signal system (block signals, cab signals, traffic control systems, etc.) before any change can be made. If the standards developed result in changes which require FRA Office of Safety approval, the A-E Contractor shall prepare all documentation and applications required to obtain FRA Office of Safety Approval. NECP or (AMTRAK) will make formal application for said approval.

Task 205.7 Construction Work Packages

Subtask 205.11

A. Prepare the General Signal Plans for a new universal two track interlocking (I/L) to be installed on the commuter tracks between Arsenal and the upper level of 30th Street Station in Philadelphia. The final design and furnishing of the new interlocking shall be delivered to the site in Philadelphia. New design shall include marked-up drawings showing modifications required to existing signals and interlockings. The designs are expected to utilize the existing NECIP standards with the exception of the speed signalling and clear block circuits. The interlockings will be remotely controlled from a location to be determined by others at a later date.

B. Prepare the detailed track and catenary designs for the left hand crossover. There will be no sectionalizing of the catenary at this interlocking, only air gaps on the two crossovers.

Task 206: Communications

Background

The present communications system on the NEC has been installed at various times since the turn of the century and consists of a combination of private systems and leased circuits. Much of the private system is out of service for lack of maintenance or cannot be used in bad weather due to short circuits. Communications requirements have increased over the years and will significantly increase with the installation of CTC.

Objective

Provide all aspects of the NEC operations with adequate and reliable communications to permit safe, timely, and efficient train operations.

References

The A-E Contractor shall review Tasks 4A, 5, 7A, an 7B to acquaint himself with Corridor communications requirements. Task 16 shall be reviewed for the information it contains on railroad-owned communications.

Scope of Work

Task 206.1 Communications Requirements

The A-E Contractor shall consult with all parties using Corridor communications (Amtrak, Conrail, Commuter Agencies, etc.) to determine their present and future requirements for operational communications. The A-E Contractor shall determine additional requirements of communications for new CTC electric traction system, right-of-way maintenance bases, equipment maintenance shops, stations, and train telephones. These requirements should be broken down into basic types of circuits (telemetry, voice, video, etc.) and then into the category of local or long-distance circuits. These circuit requirements shall be tabulated on a site-specific basis and submitted to NECP and Amtrak. NECP approval of the requirements must be gained before proceeding with Task 206.4.

Task 206.2 Facility Inspection

The A-E Contractor shall review the capacity and condition of the existing railroad communications system to determine if it can provide all or part of the expected requirements. The A-E Contractor shall provide the NECP with documentation outlining the capabilities of the existing system and a summary of the additional capacity required to support the NEC activities.

Task 206.3 Standards

A standard of quality shall be developed for each type of circuit shown to be required in Task 206.1. This quality standard shall be incorporated into Task 104 and should include basic requirements such as signal-to-noise ratios, channel bandwidth, and phase characteristics, etc. Standards shall be submitted to NECP for approval.

Task 206.4 Systems Development

Using the information developed in Tasks 206.1 and 206.2, the A-E Contractor shall determine the most economical system capable of meeting the requirements while providing reliability, flexibility, and compatibility with other systems. The A-E Contractor should consider such alternatives as: leased lines, private microwave, private coaxial cable, etc., or a combination of the above. An economic study of the above options should be made for a 20 year (or other agreed upon) period. The A-E Contractor shall provide the NECP with documentation supporting his recommendation of a total communications system. This subtask should be undertaken in close coordination with communications common carriers serving the region.

Task 206.5 Design and Construction Work Packages

Following NECP approval of the proposed system, the A-E Contractor shall prepare complete detailed design and construction work packages for building, assembling, and maintaining the communications system required for the NEC. The final design shall include construcion cost estimates on a site-specific basis. Existing private facilities should be included in the final design in cases where their conditions warrant and where they are compatible with the requirements and final design.

Task 207: Fencing/Barriers

Background

The fencing of the NEC is a significant aspect of the total NECIP. Fencing of the entire NEC provides two main benefits: 1) it increases public safety; and 2) it will decrease the costly rate of vandalism. Specifications for fence type and preliminary locations were established in two NEC reports (Task 10N and 10S). This task (Fencing/ Barriers) will extend the preliminary efforts to detailed design, specific fence location (for stretches and non high-speed stations), and Work Packages.

Objectives

1. Develop guidelines for establishing the fence line and gate locations along the NEC.

2. Develop criteria for providing barriers at non high-speed rail stations along the NEC.

3. Generate the necessary planning and design documents to assemble construction work packages for the fencing program.

4. Determine which overhead bridges require fencing and the type of fencing to be used.

Scope of Work

Task 207.1 Review of Existing Material

The A-E Contractor shall review and analyze the existing material related to the NEC fencing project. Emphasis in this review should be placed on the need for grounding rods, signs, gate locations and station fencing and gating. Based on this review, the A-E Contractor shall prepare fence standards for each fence type (e.g., urban, rural).

Task 207.2 Criteria for Fencing the NEC

The A-E Contractor shall determine guidelines for establishing the fence line and gate locations along the NEC. This task shall be accomplished in coordination with NECP, Amtrak and other agencies as required. Factors to be considered in determining these guidelines should include, but not be limited to, disposition of property outside the intended fence line, need and capability of maintaining the installed fence, clearance requirements for MOW vehicles, personnel and vehicle gate locations, signage, access, aesthetics, grounding, and maintenance of the area around the fence (e.g., vegetation control, etc.).

Task 207.3 Field Reconnaissance

The A-E Contractor shall field inspect the preliminary fence line as determined in 207.3. The focus of the inspection will be to gather site-specific information necessary for final design and work unit development. The primary area of concern in this inspection is the identification of existing site conditions that affect the installation of the fence (i.e., both technical and economic impacts). This task should identify potential areas that may require special treatment such as culverts, streams, bridges, soil conditions miscellaneous terrain obstacles and the feasibility of locating the actual fence line with a chain survey.

Task 207.4 Priority List

The A-E Contractor shall develop a priority list for fencing the NEC. In establishing the priority list the A-E Contractor shall utilize available records (e.g., indicators of accidents, deaths and vandalism on the Corridor ROW). The priority list will be used as an input for Task 312 and Task 111.

Task 207.5 Barriers

The A-E Contractor shall develop criteria for providing barriers at non high-speed rail stations. The criteria will identify fence and gate requirements at stations that optimize safety and passenger flow.

Task 207.6 Approvals

In conjunction with Task 207.3, the A-E Contractor shall identify areas where approvals are required from particular Federal and non-Federal agencies. The A-E Contractor shall inform NECP of specific approvals required and associated problems. The A-E Contractor shall recommend procedures for obtaining approvals. Following NECP approval of procedures, the A-E Contractor shall prepare all required documents. NECP will then take appropriate action to obtain necessary approvals.

Task 207.7 Funding

In conjunction with Tasks 207.6 and 107, the A-E Contractor shall identify by geographic segment the required non-Federal funding sources involved in the fencing program. The A-E Contractor shall recommend procedures to be followed in arriving at agreements which are satisfactory to FRA and the other contributing agencies.

Task 207.8 Design Work Packages

The A-E Contractor shall develop complete design work packages. They will also address any areas that require special treatment in either fence type or installation, and shall include requirements for approvals.

Task 207.9 Construction Work Packages

The A-E Contractor shall develop and prepare construction work packages for fencing, the right-of-way along the Northeast Corridor Improvement Program. The development of these work packages should be thoroughly coordinated with AMTRAK and preliminary work shall include recommendations as to where the fence should be placed, type of fence to be

used, and the number and size of contracts. The fencing plans should take into account safety, the environment, definition of right-of-way, access needs of AMTRAK, future construction in the area, possible track realignment, spur lines, and adjacent commuter lines.

Task 208: Grade Crossing Elimination

Background

There are 46 public and 19 private grade crossings currently existing on the NEC. Elimination of these crossings will contribute to the overall goals of the program by increasing safety, improving travel time and passenger comfort, and increasing reliability of the railroad operations. The public crossings are in the process of being eliminated under current FHWA funded projects (23 U.S.C., Sec. 322) and are therefore not included directly under the NECIP. The elimination of private crossings will be accomplished with NECIP funds and this program will be administered by FHWA.

Objective

The specific objective of this task is:

To provide coordination between the NECIP and the grade crossings elimination program.

Project Coordination

The A-E Contractor shall establish and maintain communications with the state highway departments involved in the grade crossing elimination programs. These departments shall be advised of any changes in the track geometry which will impact crossing elimination.

Task 209: Stations

Background

The NECIP requires the upgrading, expansion, or construction of major stations along the right-of-way to accommodate the projected 1990 patronage levels for intercity rail services. Two categories of station improvements have been identified in Title VII of the RRRR Act of 1976; "Operational", meaning station components that directly facilitate intercity rail passenger service, and "cost shared" meaning portions of station complexes that indirectly facilitate intercity rail passenger service and facilities related to stations which enhance station development. Specific design and construction Work Packages to be developed for each station in this program shall identify those Work Units and associated Work Elements to be

undertaken in each of these categories. Improvements associated with ROW such as track structures, electrification, signalling and communications will be prepared under other tasks to be fully integrated and coordinated with final design of the overall station complex.

Objectives

The A-E Contractor shall prepare all requisite documentation in Work Package format for both the "Operational" and "Cost Shared" elements of each of the stations to be improved under the NECIP. The specific improvements to be undertaken are to incorporate the performance standards developed under Task 12, and revised in Tasks 104 and 105. The resultant passenger handling facilities are to provide a design quality compatible with those associated with first class transportation facilities, e.g., comfort, convenience, efficiency. In addition, certain elements of each station, as established in Task 105, shall have a uniform image to provide an identity and sense of continuity to the overall system.

The following 18 stations have been considereo for inclusion in this program:

1. Washington Union Station
2. New Carrollton, Maryland
3. Baltimore, Maryland
4. Wilmington, Delaware
5. Philadelphia 30th Street Station
6. Trenton, New Jersey
7. Metropark, New Jersey
8. Newark, New Jersey
9. Penn Station, New York
10. Stamford, Connecticut
11. New Haven, Connecticut
12. New London, Connecticut
13. Providence, Rhode Island
14. Route 128 Station, Massachusetts
15. Boston South Station
16. Princeton Junction, New Jersey
17. New Brunswich, New Jersey
18. Rye, New York

Based on the analysis contained in the redirection study, it is now determined that improvements will be made only to the first fifteen stations listed above.

References

The A-E Contractor will be provided by the NECP with schematic outline drawings for each of the stations to be improved under this construction program, as developed in Task 12 (Corridor Station Developments). These drawings

will illustrate functional arrangements, space allocations and flow requirements for each of the stations. Basic distribution systems with regard to utilities, HVAC, security and fire protection are also set forth in this documentation. In addition, a set of station performance standards has been developed under Task 12 that establishes the performance characteristics and requirements for the major components of the station complex. This Task 12.2 Report (Corridor Station Performance Standards), as revised in Tasks 104 and 105, will be an integral part of the Stations Task. Note: For Washington Union Station, the Task 14 Report recommendations shall serve as the basis for undertaking detailed design of the rail portion of the complex.

Scope of Work

For each station project the A-E Contractor shall undertake a series of related tasks, the nature of which will depend upon coordination with Amtrak, other station owners, and local cost-sharing entities, particularly in regard to those project elements that are to be cost-shared. In general, the sequence shall be as follows:

Task 209.1 Documentation Review/Analysis

The A-E Contractor shall review and analyze the detailed space programs, drawings, specifications, cost estimates and construction schedules prepared for each of 15 stations to be included in this program to establish the additional reconnaissance work to be undertaken in Task 209.2.

Task 209.2 Local Coordination-Site Reconnaissance

The A-E Contractor shall undertake formalized coordination with all modal users as well as appropriate local, regional and state agencies and station owners to assure that all subsequent detailed design is fully compatible with their objectives and facility requirements. Procedures for undertaking this Task are to be developed in Task 107. Task 209.2 shall serve as the basis for developing cost allocation formulas for distinguishing between "Operational" intercity rail facilities and shared cost improvements. A methodology and procedural sequence shall be developed by the A-E Contractor as appropriate to each station and coordinated with the NECP.

The A-E Contractor shall prepare concept design drawings which modify the Task 12 drawings as necessary to obtain the convenience of Amtrak, other station owners, and cost-sharing entities, and to reflect changes in the performance standards and/or budget. The revised concept drawings for each station shall be submitted to NECP for approval.

Task 209.3 Program Definition

The A-E Contractor shall assist NECP AMTRAK in developing NECP's determinations as to which portions of stations are "operational" and which are "nonoperational" or "related facilities", as required by Section 703(1)(B) of the 4R Act. The A-E Contractor to the extent directed by the Project Director, shall assist NECP in negotiating the allocation of costs and other matters among modal operators and any agency or other responsible party participating in the costs of nonoperational improvements to any of the stations covered by this task. The resultant documentation shall include legal documents and graphic or verbal delineation of precise work elements for each of those improvement categories at each station. All subsequent documentation shall be separately developed for these two categories with approval cycles to include all funding participants.

Task 209.4 Architectural/Engineering Design Development

The A-E Contractor shall prepare all necessary drawings, specifications, cost estimates and construction schedules required to construct both the operational as well as the shared cost components at each station. Design development drawings shall contain sufficient detail with regard to materials, dimensions, and methods of assembly for all segments of the improvements, (i.e., fire protection, security) to establish definitized program cost estimates. Vehicular roadways, short and long term parking facilities, and other cost shared improvements may also be included in this design development task at the direction of NECP. Demolition, temporary barriers and facilities as well as phasing plans are to be included in this documentation. Formalized coordination with station-associated right-of-way design activities contained in other tasks shall be an integral part of this task. The resultant set of documents in appropriate Work Packages containing drawings, specifications, cost estimates and construction schedules shall be assembled separately for each station.

It is recognized that the "Operational" facilities may undergo preliminary and final design prior to the "Cost Shared" facilities because of delays caused by circumstances beyond the control of the A-E Contractor. Thus a Preliminary Design Report shall be prepared and issued to the A-E subcontractor for final design of the "Operational" facilities as the directive basis for the final design of those facilities. This documentation shall be designated "Preliminary" until approval of final design.

Task 209.5 Design Work Packages

The A-E Contractor shall develop complete design Work Packages.

Task 209.5.1 Study of Washington Union Station

The A-E Contractor shall perform the following actions as part of a study of Washington Union Station:

1. Develop and analyze alternative concepts for accommodating intercity bus facilities on air rights over the through tracks including vehicular access/egress via the "H" Street overpass and primary processing, waiting, public services, concessions and operations support facilities within the air rights structure.

2. Analyze the feasibility of incorporating the taxi loop at the east end of the historic building including providing for pedestrian access directly into the concourse within the physical constraints of the proposed air rights bus deck over the through tracks.

3. Analyze the capacity for providing charter/tour bus access/egress via "H" Street with drop-off and pickup on the existing transit deck. Identify alternative concepts for increasing the capacity of the transit deck through added construction to the north of the existing garage structure.

4. Up-date all cost estimates to reflect new dates for completing design and construction activities for all elements of the project. Cost estimates for revisions to the bus facilities, taxi loop and transit deck should also be included in this activity and identified separately.

5. Prepare presentation drawings as follows:

   - Main Floor Space Allocation Plan

   - Overall Site Plan with Vehicular Circulation Patterns for all Access Modes.

Task 209.6 Construction Work Packages

The A-E Contractor shall develop complete construction Work Packages.

Task 209.7 Station Arts Program

The A-E Contractor, shall provide technical assistance to the Station Arts Program to include the following actions necessary for incorporating the Arts Program into final station designs:

- o Prepare technical memos and accompanying plans identifying alternative locations and medium for works of art in selected railroad stations including background with regard to historic context as well as civic and cultural heritage of the particular station.

- o Undertake all necessary coordination activities with the National Endowment for the Arts in their screening and ranking of artists, mediums and locations for original works of art in selected railroad stations being improved within the Northeast Corridor Improvement Project.

- o Participate in station-specific field trips and meetings with Artist Selection Panels and prepare technical memos as required.

- o Undertake all procurement of the works of art as part of Task 307.1 services, technical reviews and field coordination with the commissioned artists to assure integration within the overall architectural and engineering design of the respective station projects.

Task 209.8 Providence Union Station

Perform feasibility study with regard to the relocation to the railroad alignment including construction of a new station complex for Providence, Rhode Island. The following actions are required:

- o Undertake all necessary coordination and liaison with the State of Rhode Island, the City of Providence, Providence Foundation, CE Maguire, Amtrak, Conrail, and the Providence and Worchester Railroad required to ascertain the engineering and operational feasibility of accomplishing the relocation and realignment of the entire right-of-way from its present location to a new location at the base of the State Capitol building.

- o Prepare a preferred preliminary engineering layout with associated operational analyses for a 4- and a 5-track railroad right-of-way with associated cross-overs, bridge, platforms, and station complex for the proposed relocation plan.

- o Prepare a preferred concept development plan for an entirely new station complex with associated platforms, vehicular access/egress, surface parking facilities, and sitework to accommodate the present program requirements for the NECIP.

- o For the above physical improvements, prepare a preliminary cost estimate by distinct program elements in mid-1977 base year dollars.

- o Undertake a review and analysis of the ongoing work of the consultants to the Providence Foundation with regard to the plans, costs and timetable for accomplishing all required utility relocations for the railroad right-of-way, new arterial street system and its associated utility relocations, and redesign of the civic center interchange to accommodate the relocated right-of-way, new station development and street realignments.

- o Identify for the Project the final design costs required to implement the above relocation plan. Such costs should also include those associated with revising and expanding the site-specific environmental impact statement.

- o Prepare a comparative analysis of the present levels of NECIP funding for design and construction by program element for the Providence Station on an assumed implementation schedule versus the funding levels and schedules required for design and construction of the proposed relocation development plan.

For the above activities, prepare a summary report documenting your findings and conclusions with regard to the physical and operational feasibility of the relocation plan. Particular emphasis should be given to comparing the present Corridor Project funding levels for this station development to the funds required to implement the relocation plan.

Task 209.9 Stations - Providence Union Station Final Design - (Added by Mod #55)

Task 209.9.1 - Providence Station Re[illegible] (Added by Mod #12)

[illegible] (Added by Mod #12)



Task [illegible] Starts under

coachyards at Boston and Washington, D.C., most facilities are either inadequate or are improperly located for economical operation.

Objectives

Develop a comprehensive set of rolling stock and physical plant maintenance facilities on the NEC to support modern, attractive high-speed electric passenger train operations in a reliable and economic manner. The preventive maintenance philosophy and appropriate maintenance levels will be used throughout. The specific objectives to be met follow:

1. Develop the capacity to perform all required levels of service, inspection, and repair to locomotives, trailer cars and multiple unit (metroliner) cars and their components at the appropriate yard locations.

2. Develop the capacity to perform all required levels of service, inspection and repair to physical plant equipment and facilities, at the appropriate locations.

Reference

The A-E Contractor shall thoroughly review Task 7B (Shops and Yard Facilities), which will serve as the starting point for designing equipment maintenance facilities, and Task 3, which will serve as a starting point for designing maintenance bases. Applicable local and Federal construction codes must be adhered to and recommended practices of the American Railway Engineering Association should be followed. Where possible, equipment and facility designs should be uniform throughout.

Task 210.1 Rolling Stock Facilities

A. Wilmington Facilities

The A-E Contractor shall design new component repair facilities modules. These modules will include but will not be limited to a new truck shop, wheel shop, bearing shop, air brake shop, motor shop, and electric shop. Work will be compatible with new MOW Heavy Repair Shop on the same site. Although daily operations will continue during shop construction, existing facilities are expendable and should not serve as a design constraint; however, construction staging may require that some temporary facilities be built.

The following facilities shall be provided:

- A facility to use diagnostic test equipment (e.g., SEARCH) on all powered vehicles including diesels.

- o The ability to make heavy (wreck and damage) repairs to electric locomotives and metroliners used on the NEC. This capability would include periodic rebuilding of equipment and most components.

- o A facility to overhaul trucks, traction motors, wheel assemblies, and other components sent by other NEC maintenance facilities in addition to those originated at this location.

- o Parking and welfare facilities for employees.

- o Storage facilities for parts, reworked components, reclaimable material, etc.

B. <u>Southampton Street Yard/Sunnyside Yard/Ivy City Yard</u>

The A-E Contractor shall design running repair service and inspection repair facilities to occupy the former Southampton Street Yard in Boston, Massachusetts, Sunnyside Yard, New York and Ivy City Yard, Washington, D.C.

The following facilities shall be provided:

- o A facility to make running repairs to locomotives and cars on a spot system with easy access to and from the coach yard.

- o A facility to use diagnostic test equipment (e.g., SEARCH) on all powered vehicles including diesels.

- o Facilities to provide daily servicing of electric and diesel locomotives (assuming the existing facilities must be relocated).

- o Layover storage and turning facilities for electric and diesel locomotives.

- o A facility to perform monthly, quarterly, semiannual, and annual inspections of equipment (locomotives, MU cars) and non-powered cars, as assigned.

- o Parking and welfare facilities for employees.

- o Storage facilities for parts, reworked components, reclaimable material, etc.

- o A facility to remove and replace car and locomotive trucks and wheel assemblies, and to true wheel contours without removal from equipment.

- o A facility for cleaning passenger car interiors periodically.

- o Other necessary support facilities.

The A-E Contractor shall design train washing facilities for Boston and Washington, D.C., as required. To the maximum extent possible the design shall be common and be based on the AMTRAK high pressure design.

C. <u>30th Street Facility</u>

The A-E Contractor shall design a running repair shop for the yard complex adjacent to 30th Street Station, Philadelphia. Basic features of the facilities to be provided are:

- o Daily servicing of all assigned equipment.
- o Running repairs to electric locomotives, metroliners, and all passenger cars.
- o Employee parking and welfare facilities.
- o Other necessary support facilities.

D. <u>New Haven Facility</u>

Provide design for new locomotive fueling and servicing facility, as required, at New Haven. Remove existing facility and clean up contamination.

Task 210.2 <u>Maintenance-of-Way Facilities</u>

A. <u>MOW Bases</u>

The A-E Contractor shall review the right-of-way maintenance requirements with Amtrak and determine the best locations for approximately 9 maintenance bases between Washington and Boston. The location selection should take into account workload distribution, travel times and any commitments Amtrak may have to maintain non-NEC trackage. The A-E Contractor shall prepare designs for each of the maintenance bases to provide as required on a site-by-site basis the following facilities:

- o Parking and welfare facilities for employees.
- o Secure indoor storage and shop areas and exterior storage areas for signal equipment, catenary wire, communications parts, small tools, etc.
- o An equipment shop at 4 locations in which running repairs to maintenance equipment may be made.
- o Appropriate office space for foreman in the following specialties: track, bridge and buildings, electric traction, signals and communications.

- Exterior storage for maintenance equipment (tampers, trucks, liters, etc.) and supplies (rail, ties, etc.).
- A drive-in radio repair shop at 4 locations for repair of vehicle radios.
- Appropriate welfare facilities.
- TLS storage tracks.
- Diesel electric locomotive servicing track.
- Appropriate yard road circulation system.
- Appropriate yard track system.

B. <u>Wilmington Shop</u>

The A-E Contractor shall develop designs for a MOW Heavy Repair Shop for heavy repair level functions to support the overhaul and repair of all machinery and equipment used by Amtrak MOW forces. This facility shall be located at Wilmington, Delaware, and integrated into the site with the Rolling Stock Facilities. The facility will provide the following:

- Appropriate vehicle(s) work area for projected Amtrak equipment fleet.
- Appropriate welfare, office, storage facilities.
- Appropriate equipment necessary to perform planned functions.

Task 210.3 <u>General Functions</u>

The A-E Contractor shall perform the following functions in support of all above tasks:

- Collect and analyze data and requirements; perform necessary studies and analyses.
- Establish criteria and guidelines.
- Develop SOWS.
- Develop conceptual designs.
- Develop Major Equipment Specifications.
- Assist in A-E selection process.
- Review and approve A-E preliminary design.

- o Review and approve 30, 60, 90, 100% Final Design.
- o Assist in Contractor Selection Process.
- o Develop ancillary equipment requirements and specifications.
- o Maintain liaison with appropriate Amtrak and other agencies, as necessary, resolve problem areas.

Task 210.4 Definitions

Maintenance and Service Facilities

One of the eleven subsystems directly accountable to the FRA. Includes facilities, track and other facilities necessary to maintain and service rolling stock and the fixed plant along the right-of-way.

Maintenance-of-Way Base

A facility for right-of-way traction, signals and communications. Located adjacent to the NEC, bases will provide employee parking and welfare facilities, office space shops, interior and exterior security storage areas, and an exterior storage area for maintenance equipment. Selected bases will have the capacity to store fully-equipped wire trains.

Maintenance-of-Equipment Heavy Repair Shop

A facility for rebuild and accident repair of corridor rolling stock (locomotives, cars and metroliners).

Maintenance-of-Way (MOW) Heavy Repair Shop

A facility for rebuild of all equipment and machinery used for maintenance of physical plant.

Maintenance Repair Shops

A comprehensive set of equipment maintenance facilities located on the NEC to support modern high-speed electric passenger train operations in a reliable and economic manner.

Repairs, Rolling Stock

Routine Repairs

Includes such tasks as all light repairs, wheel truing, plus removal and replacement of components up to and including vehicle trucks, and performance of periodic thorough Federal inspections. Philosophy of operation is remove/replace.

Heavy Repairs

Includes repairing, rebuilding, and testing complete vehicles.

Component Repairs

Includes repair, rework, and testing of components, and assemblies except for transformer rebuild.

Running Repair Shop

A shop designed to handle unscheduled maintenance up to a level of remove/replace defective components including vehicle (car and locomotive) truck assemblies. Such components are recycled to the system overhaul or component repair facility.

Service Facilities

Those facilities designed and equipped to provide daily or other regular washing and cleaning of cars and locomotives prior to each usage. Food and beverage services are replenished, holding tanks are emptied, vehicles are inspected for malfunctioning seats and other equipment, rest rooms are cleaned and resupplied, and all other daily servicing requirements are met.

Service and Inspection Shop

A facility designed to perform train servicing including on board servicing, inspection, and replenishment of consumables.

Train Washer

A set of equipment designed to efficiently and economically wash train sets on a regular, predetermined schedule.

Task 211: Tunnels

Background

There are four major tunnels in the NEC: the B & P tunnel leading into Baltimore from the south, the Union tunnels leading into Baltimore from the north, and the East and North River tunnels leading into Penn Station, New York, from the south and north. These tunnels are in need of upgrading because of previous deferred maintenance, and in some cases cause traffic congestion because of limited clearances and the use of increasingly large freight equipment on the NEC. The NEC tunnels require a thorough inspection and development program in order to meet improved NEC service levels. In addition there is a small tunnel at East Haven, Connecticut which requires some minor rehabilitation.

Objectives

Improve the tunnels to meet the site-specific demands of traffic and to provide minimum service disruption due to periodic maintenance requirements. The following specific goals shall govern the tunnel improvement program:

1. Development of modern, low maintenance track structures within the tunnels; restore or replace ventilation, drainage and safety systems.

2. Development of required clearances for 25 Kv catenary system.

Task 211.1 Inspection and Design Recommendations

The A-E Contractor shall inspect the four major tunnels and the East Haven, Connecticut tunnel as defined in the previous paragraph to determine existing track and structural conditions. The A-E Contractor shall also measure side and overhead clearances. A complete report on existing conditions in each tunnel shall be prepared to indicate tunnel structural adequacy alignment, track grades, cross section, type of construction, and side and overhead clearances. A description of existing track structure, drainage facilities, ventilation and safety features and other pertinent information shall be included. The A-E Contractor shall make detailed recommendations for modernizing tunnel and track to provide improved safety, minimum maintenance and adequate electrification clearances. These recommendations shall include comprehensive design recommendations to be employed in the design phase of the program.

Task 211.1.1 B & P Tunnel

The A-E Contractor shall undertake a study to evaluate two (2) possible improvement alternatives for the B & P Tunnel:

Alternative 1: Widening the B & P Tunnel in the area of the three major horizontal curves (two $8^{\circ}$ and one $5\ 1/2^{\circ}$) by cut and cover construction. This type of improvement is described in part is Construction Method II in "Tunnels Study, B & P Segment" of June, 1978 (Interim Report). The purpose of this improvement is to remove the existing gauntlet track and the clearance problems that are now associated with these three curves. Throughout the tunnel, Tracks 2 and 3 would be realigned on the invert to maximize available clearance.

Alternative 2: In addition to the improvements outlined in Alternative 1, also install a new gauntlet track located as close as possible to the center of the tunnel cross-section and running the entire length of the tunnel. The purpose of this improvement is to permit the passage of equipment larger than existing freight loads.

In response to the above, the following data shall be provided:

1. A description of the plate that could be accommodated using existing clearance procedures in the tunnel.

2. A general description of the physical improvements involved and the geographic areas affected by construction. Include improvements required in adjacent areas such as Penn Station or the Union Tunnels.

3. A general description of the impact of construction on train operations through the B & P Tunnel including the need for closing tracks or using a detour.

4. The estimated construction cost for each improvement. Assume that work could be coordinated with other currently planned work to reduce mobilization and other costs.

5. Any other suggestions or comments regarding the alternatives.

Task 211.2 Design Work Packages

The A-E Contractor shall develop complete design work packages.

Task 211.3 Congestion at Tunnels

Based on results obtained from Tasks 211.1, and in connection with Operations Analysis (Task 108), the A-E Contractor shall determine congestion problems caused by tunnels during the course of the NECIP. Alternative means of dealing with these problems shall be identified including revisions to freight and/or passenger train schedules. Following NECP approval of particular solutions, they shall be reflected in the Tunnel Program Plan.

Task 211.4 Construction Work Packages

The A-E Contractor shall develop complete construction Work Packages.