Task 212: Railroad Development Projects Management Office

The A-E Contractor shall provide management of each project identified in the Corridor Master Plan and coordination of Amtrak Construction Work Packages. For this purpose the A-E Contractor shall organize and staff a Railroad Development Projects Management Office (RRDP) which will be totally responsible for managing projects from the time they are identified thru design, procurement, construction, test, and acceptance. Specifically, for each project the RRDP is responsible for:

- Serving as the central point of contact for the duration of the project.
- Scheduling all activities required to complete the project.
- Establishing (with the appropriate Group Chiefs) internal budgets for performance of the A-E Contractor and other subcontractor(s) work efforts.
- Monitoring internal performance against the established budget and schedules for project control.
- Coordinating work activities internal to the A-E Contractor, and with FRA/NECIP, Amtrak and other external organizations.
- Participating in the selection of A-E subcontractors for project final design.
- Preparing the subcontract scope of work and assisting in negotiations,
- Insuring A-E subcontractors' technical performance by applying appropriate DCP resources to assisting and controlling their efforts.
- Verifying A-E subcontractors' progress against invoices for progress payment.
- Implementing technical changes to A-E subcontracts as directed by Systems Planning.
- Helping assure that design-to-cost objectives are met as well as other program objectives.
- Implementing construction packaging directives.
- Providing effective follow-through during the construction phase to assure construction compliance with the design intent.

- Coordinating closely with Configuration Management and Change Control, Task 121.
- Providing overall project management during the construction phase, particularly with regard to monitoring budget vs. expenditure.

Task 213: Electrical Modifications to Multiple Unit Commuter Cars

Background

The Northeast Corridor electric traction system presently uses an 11 Kv 25 Hz system. Plans for the Northeast Corridor Improvement Project call for the use of a 25 Kv 60 Hz system. Most of the commuter car fleet along the Corridor will require modifications of varying degrees to operate on the new system. Modifications will be accomplished by commuter agencies under a Federal Grant Program.

Objectives

Develop performance specifications required for the necessary modifications to those commuter cars which can be economically converted to the new system.

Reference

Preliminary designs for vehicle modifications have been prepared under Task 204.8, Rolling Stock Modifications.

Task 213.1 Detailed Designs

Prepare the necessary performance specifications for modifying existing commuter cars operating on the NEC south of New York City. Only those cars which can be economically converted (i.e., those cars which have sufficient remaining life to justify the investment) shall be modified for service using 25 Kv 60 Hz. The modification shall result in cars which can operate on either 11 Kv 25 Hz or 25 Kv 60 Hz. Identify to the FRA those vehicles not considered economical to modify.

Task 213.2 Construction Work Packages

Develop complete performance specifications for performing the necessary modifications. The performance specifications are to be prepared on the basis that the operating agencies will handle the actual contracting. Accordingly, all material shall conform to the format required for contracting by the agencies. The final documents shall include the relevant portions of the specifications for the required modifications to cab signals and train control systems of the commuter card prepared under Task 205.

Task 213.3 Electrification and Vehicle Modification Study

The A-E Contractor shall prepare a study requested by the Northeast Corridor Commuter Rail Authorities Committee (NECCRAC) to evaluate the effects of recent electrification and vehicle modification proposals upon the New Jersey Department of Transportation (NJDOT) and the Southeastern Pennsylvania Transportation Authority (SEPTA).

This study will concentrate on:

1. The operational advantages or disadvantages to the use of SEPTA multiple unit (MU) cars.

2. The implications for NJDOT operations of:

   - not replacing 13 GG-1 locomotives.
   - modifying versus not modifying 50 Arrow III cars for dual voltage operation on the New Jersey Coast Line.
   - not converting the segment of the North Jersey Coast Line from Rahway to South Amboy to 25 Kv 60 Hz.
   - not replacing 18 E-6 multiple unit cars owned by the NJDOT.
   - installing or not installing Northeast Corridor required signal equipment on the 230 Arrow III cars scheduled to be used on the Corridor during the period other vehicles are being modified.

3. The possibility of integrating NJDOT and SEPTA commuter services which currently turn at Trenton.

Task 213.4 Study of train board solutions to the light flicker problem for Amtrak vehicles.

PROGRAM MANAGEMENT

GENERAL: The A-E Contractor shall provide program management services to the NECP. These services shall include monitoring of the activities of AMTRAK and CC's and first tier subcontractors in preparation of planning documents, assistance with implementation of the Management Planning and Control System and continuous evaluation of the status of the NECIP.

Task 301: Management Information System

The Management Information System will be integrated so that one date base can supply reports throughout all responsibility levels of NECIP. Use will be made of computer systems where they are cost-effective. The A-E Contractor shall specify a system or combination of systems that accomplish the objective of creating a project data base and the necessary management reports. The Management Information System will include the necessary schedule, cost and performance data to plan and monitor NECIP. It will meet the requirements of the "Management Planning and Control System for NECIP" (MPCS/NECIP) as described by supplemantary documents prepared by DCP and approved by FRA. Its implementation shall be the responsibility of the A-E Contractor.

The A-E Contractor shall evaluate the significance of the historical records being developed and make recommendations on the types and details of data being accumulated.

Task 301.1 Quarterly Status Reports

The Management Information System (MIS) will be used by DCP to develop and issue a Quarterly Status Report in conjunction with the Quarterly Review. The Quarterly Status Report will contain any information not included in the previous Quarterly Review that is required by FRA. It will cover the plans and status of all NECIP contractors (design, construction, services). Insofar as possible, the A-E Contractor shall establish and require the use of common reporting intervals.

The Quarterly Status Report will contain information on both Routine Status and Exceptions. The Routine Status will include the information normally requested by the Project Manager. The Exceptions will include all efforts whose variance from planned situations exceeds the amounts specified by the Manager. The report will include present project status; planned performance, cost, and schedule; plus the reason for any major exceptions, the actions being taken to resolve problems, and the responsible person/organization. Status of each exception which was shown in the previous report will be noted.

Task 301.2 Early Warning Reports

The A-E Contractor will issue Early Warning Reports at any time, as needed. These reports will be used to inform the Project Director of actual and potential major problems. It will cover; statement of the problem, impact, and action taken or required.

Task 301.3 Interim MIS

To achieve early control of project system the A-E Contractor will implement currently available business systems which require little or no modification and other software programs deemed necessary to provide economies in achieving an integrated financial and accounting system, cost control, labor distribution, budget, document control and contractor information system. Because of the size and complexities of NECIP, if existing systems do not satisfy contractual requirements, the A-E Contractor will develop new systems to satisfy the NECIP needs and to achieve computer support at a reasonable cost in order to achieve effective project management and control prior to September 1979.

Task 301.4 Establishment of an Integrated Management Information System

The A-E Contractor will assist FRA by adapting existing systems to provide an integrated Management Information System (MIS). At a minimum, the MIS system will be structured to provide sufficient information to effectively meet the requirements of the MPCS/NECIP. The A-E Contractor will make recommendations for specific changes to the MPCS/NECIP. This integrated system will replace the interim MIS and will be operational by September 1979.

Task 301.5 MIS Operations

The A-E Contractor will provide support services required for the operation and maintenance of the MIS Systems. These services will include analysis programming, data base management, and data coordination for the MIS. Computer time-sharing will be supplied by vendors provided by the FRA. The A-E Contractor will provide a monthly report showing the actual data processing costs vs. FRA approved budgets. The A-E Contractor will provide FRA with analyses justifying both software and hardware leases/purchases in order to obtain FRA approvals. The MIS will be compatible with the ADP Plan of Task 306.

Task 302: Management Control Systems Analysis

The A-E Contractor, when requested by NECP, shall provide a coordination function and work with Amtrak to develop an outline of NECIP property reporting system imposed by the Interstate Commerce Commission's Bureau of Accounts through a series of valuation orders and the uniform system of accounts for railroad companies.

Task 303: Project Schedule

The A-E Contractor shall be responsible for all detailed planning and scheduling for activities performed under this contract. The A-E Contractor shall also be responsible for

the overall planning and scheduling of construction and installation work. This will require the development and implementation of a system that will be compatible with the MPCS/NECIP (Exhibit 3), as revised and approved, plus the FRA contract requirements with Amtrak, and any other major NECIP contractor. The system will also be compatible with the Management Information System so that effective use can be made of data processing equipment to handle the large amount of data and provide a means of restricting its output to meaningful data on problem areas. This system will be fully integrated with the related scheduling cost control and estimating systems and methods developed elsewhere under this contract. Use will be made of the simulation tools developed in Task 108 as applicable.

Task 304: Reserved

Task 305: Documentation Control

The A-E Contractor shall provide the services needed for documentation control and distribution. A comprehensive system of numbering these documents shall be established. The system shall provide a means of retrieval of final drawings, calculations and specifications by Document Control Number, Title, Project Code, A-E design contractor, construction contractor, milepost number, curve number, station name, maintenance facility name, traction power substation name, and switching station name as appropriate.

Documents listed in the revised Contract Data Requirement List (CDRL) shall be similarly controlled. Management reports will be controlled and processed through the MPCS/MIS; all other report structures, numbering system, formats and review and approval methods will be established by the A-E Contractor.

Task 305.1 Contour Maps of the Northeast Corridor Tracks and Facilities for the Connecticut Department of Transportation

The A-E Contractor shall furnish the Connecticut Department of Transportation one copy each of the 1"=40' contour maps of the Northeast Corridor tracks and facilities through the State of Connecticut.

Task 305.2 Micrographic Processing

Provide micrographic processing to reduce all 100 percent design drawings and as-built drawings to standard aperture cards in sufficient quantities to provide one copy to the FRA Contracting Officer, one copy to FRA Project Engineering Office and one copy to be retained by DMDC.

Task 306: Automated Data Processing (ADP) Plan

The A-E Contractor shall assist FRA/NECP in the development of an ADP Plan. This plan shall be in accordance with FRA Order 1370.1A dated July 12, 1976 entitled "Procurement of Automated Data Processing Equipment and Services" which is attached to this contract as Exhibit 5 and incorporated herein by reference. The A-E Contractor shall also provide required software development services for implementing MPCS at the direction of the NECP.

Task 307: Contract and Procurement Services

The A-E Contractor, in addition to contracting and procurement functions required to support the management of the NECIP, shall provide contracting and procurement related services in support of FRA/NECP in the overall bid/offers solicitation, analyses, negotiation, and award recommendation process and shall establish a small business program in accordance with the provision of the General Provisions Clause 60 entitled "Small Business Subcontracting Program". The contracting and procurement related functions to be performed by the A-E Contractor shall include:

Task 307.1 Procurement of Long Lead Material and Equipment

Procurement services to be provided by the A-E Contractor shall include procurement of long lead material and equipment when requested by FRA/NECP. FRA/NECP shall coordinate such long lead procurements with Amtrak prior to authorizing the A-E Contractor to proceed. Although all other purchases will be made through Amtrak and other contractors, the A-E Contractor will assist their purchasing organizations when requested by NECP. Purchasing of certain materials will require such services as testing, expediting, traffic and material management.

The A-E Contractor, at a minimum, shall procure the following items:

- The A-E Contractor shall provide procurement services for the manufacture, testing, and delivery of Traction Transformers and ancillary equipment. The Transformers shall be single-phase, oil-filled, and self-cooled with low voltage windings of 27.5 kV to ground. The A-E Contractor shall provide procurement services for the manufacture, testing, and delivery of Switchgear Assemblies. The Switchgear Assemblies will consist of 25 kV, 60 Hz, single-phase, vacuum circuit breakers and ancillary equipment housed in weatherproof, walk-in, metal shelters. Delivery will be made to substation and switching station sites along the Northeast Corridor.

- SLB Switchgear and Cable
- Baltimore Station Air Conditioning
- MOW Radio System
- Railroad Panel Exchange Equipment
- CTC System (ZSQ)
- Track Panel Relaying System
- Signal System (ZSD, ZSE, ZSG)
- SCADA System
- Mow Base Lift Sets, Bridge Cranes and Air Compressors

Added by Mod #58

- Local and Express Cable
- Section and Phase Break
- Disconnect Switches

Added by Mod #69

Station Arts For: New Carrollton, Baltimore, Philadelphia, Wilmington, Newark, NY Penn, New Haven, Stamford, Providence, Boston

$223,624,000

Task 307.2 Procurement of A-E Design Services

The A-E Contractor shall provide contract administration services pertaining to subcontracts for A-E design services. These services shall implement and follow the approved procedures established under Task 307.4.

Task 307.3 Construction Contract Administration

As directed by the Contracting Officer, the A-E Contractor shall provide contract administration services pertaining to the procurement of construction.

The A-E Contractor shall prepare the construction bid solicitation plan and, upon approval and as requested by the Contracting Officer, shall advertise for bids. After completing bid analysis, evaluation, and award recommendation for a specific construction contract, the A-E Contractor shall prepare contract documentation for the Contracting Officer. The A-E Contractor will also handle award notices.

The A-E Contractor shall provide contract administration support services on behalf of NECP for activities associated with the CC's execution of the work.

In addition, the A-E Contractor shall assist as requested in preparing work statements, cost estimates, and procedures for other NECP procurements.

The A-E Contractor shall maintain adequate files for all procurement actions. Such files will include but not be limited to: bid advertisements, evaluation reports, bond information, notices of award/proceed/acceptance, correspon-

dence, change order packages completed submittal registers, purchase accounts manuals for equipment maintenance and operations, handbooks, technical data, construction daily logs, as-built drawings, payment data, plans, schedules, and reports.

Task 307.4 Procurement Procedures and Plan

The A-E Contractor shall present his recommended procurement procedures for selecting subcontractors and suppliers, both for design and construction, long lead items and administrative purchases, to the Contracting Officer for approval. The procurement procedures will follow the provisions of the General Provisions clauses 29, 42 and 47 entitled "Competition in Subcontracting", "Subcontractor Cost or Pricing Data", and "Subcontracts", respectively. The procedures will also contain subcontract formats for both cost-reimbursement and fixed-price type subcontracts including appropriate general provisions with respect to each type of subcontract.

The A-E Contractor shall prepare a Procurement Plan and submit it to the Contracting Officer for approval. The plan shall include identification of non-competitive procurements and the like. The initial submittal will include those DCP data known at the time (e.g., the proposed initial subcontractor team). The Procurement Plan will reflect actual awards and changes as the design/construction process progresses.

Upon approval of the Plan format, the Procurement Plan will be updated monthly and will be expanded to identify procurements to be contracted by the A-E Contractor, FRA, Amtrak or others. This report will also summarize by states the procurements awarded for the previous month and from inception to date.

The procurement procedures and plan shall cover those activities to be implemented in Tasks 307 and 403.

Task 308: Maintenance Planning and Personnel Training Services

The A-E Contractor shall develop maintenance and training requirements, for major new system subcomponents installed as part of the NECIP. These training and maintenance requirements will be provided to Amtrak for use in preparing a training program plan. The A-E Contractor will review and evaluate Amtrak implementation of this training plan.

For Amtrak maintenance planning, the A-E Contractor shall be responsible for providing to Amtrak maintenance requirements, maintenance schedules, spare parts lists and equipment inventory requirements for major new system subcomponents installed as part of the NECIP.

For Amtrak personnel training services, A-E Contractor responsibilities will be limited to providing training requirements and assisting Amtrak in developing training programs, manuals, training aids, instructional material and provide available manufacturers instructional materials. Concurrent with the development of NECIP training requirements, the A-E Contractor shall review and evaluate Amtrak's NECIP training program in the classroom and work area. The A-E Contractor shall provide training effectiveness analyses, resource analyses, and evaluation of procedures for training, administration, conduct and maintenance for Amtrak's NECIP training program.

This task does not include maintenance and training requirements for maintenance-of-way equipment or for existing track or system components.

Task 309: <u>Program Management and Mobilization</u>

Task 309.1 <u>Program Management and Administration</u>

The A-E Contractor shall provide general management, legal, financial, and administrative support services as required to manage and control the performance of the NECIP A-E Contractor services defined in this contract.

The A-E Contractor shall establish word-processing centers in the Transpoint Building, Philadelphia and New Haven offices. The word-processing center shall have equipment compatible with the word-processing system used by the A-E Contractor and the FRA, such that information (including whole documents) can be transmitted telephonically from one location to another within the word-processing system. At the request of FRA, the A-E Contractor shall perform such tasks as revising draft work packages to include changes required by FRA, and producing final copies for FRA of such changed documents or of any other documents to be delivered to FRA by the A-E Contractor under this contract.

Task 309.2 <u>Mobilization</u>

The A-E Contractor shall provide personnel, facilities and equipment required to mobilize and administer performance of this contract.

The A-E Contractor shall mobilize personnel, facilities and equipment in order to be fully operational in the shortest practicable time consistent with overall schedule requirements. The Contractor's mobilization efforts will include:

1. Establish and organize the Program Management Washington and field offices.

2. Establish communication with NECP, Amtrak, Small Business Administration and such other organizations as will directly relate to the contractor's performance of the contract.

3. Formulate and implement procedures required to achieve full operational status.

Task 310: Program and Design Reviews

The A-E Contractor will prepare and maintain a schedule of program/engineering/design reviews. Notices of such reviews and agenda will be provided to NECP for approval and distributed to Amtrak and other organizations as required. Formal program reviews will be held with the NECP and the Amtrak's NECIP Project Manager.

Task 311: Affirmative Action for Small and Small Disadvantaged Business

Deleted

See Mod #65 for new scope of work. Text has been deleted in its entirety

The A/E Contractor shall:

1. Develop and update on a continual basis the percentage of small disadvantaged business involvement assigned to the various areas of contracting on the NECIP to ensure that the 15 percent goal is met.

2. Develop a model subcontracting plan as required by General Provision #16 and, after approval by FRA, make this model available to FRA contractors.

3. Conduct and maintain outreach and information mechanisms to provide information to small and small disadvantaged businesses and their local and national trade associations on the current and anticipated economic opportunities of the NECIP. The A-E Contractor shall participate in a

continuing analysis of the market place in order to determine the availability and capability of small and small disadvantaged businesses to perform the construction projects scheduled for the NECIP. The A-E Contractor shall establish a Small and Small Disadvantaged Business Information Retrieval System.

Deleted

See Mod #65

4. Develop and implement a series of methods to establish design and construction packaging, technical assistance liaison to small and small disadvantaged contractors and procurement procedures at all stages of performance including participation in all pre-bid conferences and pre-award surveys. The A-E Contractor shall make small and small disadvantaged business procurement recommendations to FRA's Project and Procurement Offices based upon an analysis of the marketplace.

5. Perform the data monitoring and reporting for small and small disadvantaged business utilization compliance with P.L. 95.507 for the NECIP. The A-E Contractor shall conduct post-award contract compliance monitoring for FRA prime and selected first tier construction contractors, including site visits if necessary. The A-E Contractor shall also make recommendations to FRA of appropriate corrective actions. The A-E Contractor shall report on a quarterly basis, the progress of NECIP contractors in complying with their subcontracting plans.

Task 312: <u>Corridor (Previously Implementation) Master Plan</u>

The A-E Contractor shall establish and organize the improvements to be undertaken by aggregation of Work Elements and associated Work Units into an appropriate number of discrete Work Packages for detailed design and construction of specific NEC right-of-way segments and site-specific facilities and shall assemble these in Railroad Development Projects and present in a Corridor Master Plan.

The resultant Corridor Master Plan shall be prepared in a uniform format describing the specific work to be undertaken in implementing the NECIP. A schedule shall be developed under this task which will include major milestones for the design as well as construction stages of the NECIP and be compatible with the Program Development Plan prepared by the FRA.

A summary of all estimat[illegible] Development Project for [illegible] incorporated in this Co[illegible] breakdowns by work p[illegible]

The A-E Contractor [illegible] aggregate w[illegible] elements into Re[illegible] Development Pr[illegible] priorities [illegible]

[illegible] until an N[illegible] approved final [illegible]

In the course of this Task 312, the A will also review the preliminary Work Bre[illegible] and definitions contained in referenced [illegible] Contractor shall meet with NECP staff an[illegible] [illegible]nalysis performed. [illegible]actor shall recommend Development Project Structure, and NECIF upon [illegible] NECP, shall constitute [illegible] used by all agencies [illegible]

[illegible] Planning and [illegible]

[illegible] Contractor shall:

[illegible] 108, review proposed c[illegible] determine if continued c[illegible] acceptable level of per[illegible]

c Using coordination se[illegible] Ta[illegible] dinate the review of [illegible] agencies [illegible]

The A-E Contractor [illegible] be resp[illegible]nsib[illegible] detailed cost control using actual cost data produced [illegible] the accounting system.

-167-

The cost control system will be compatible with the Management Information System and integrated with the scheduling and estimating systems.

Task 315: Affirmative Action for Employment Program

As part of this task the A-E Contractor shall perform the following affirmative action functions:

a. Develop and implement an affirmative action program for DeLeuw, Cather/Parsons.

b. Provide Federal Railroad Administration with consultant services concerning the NECIP affirmative action program.

c. Develop and implement a program for monitoring the affirmative action employment efforts of DeLeuw, Cather/Parsons subcontractors.

d. Implement a program for monitoring construction contractors and specified first tier subcontractors of FRA.

e. Monitor affirmative action program for Amtrak on NECIP.

f. Monitor affirmative action program for Bechtel and Dynatrend on NECIP.

g. Compile reports on all NECIP minority employment.

h. Review written Affirmative Action Programs of all NECIP prime and specified first tier subcontractors receiving contracts in excess of $50,000.

CONSTRUCTION MANAGEMENT

GENERAL: As authorized by the Government, the A-E Contractor shall provide construction management, administration, and inspection services. The A-E Contractor shall maintain field offices, and review shop drawings, and other such submittal items, engineering and construction change orders, and as-built drawings. The A-E Contractor shall coordinate the NECIP construction activities of AMTRAK, construction contractors and other key participants such as local transit authorities. The A-E Contractor shall establish system and component testing and acceptance procedures, maintain quality control of construction and assembly techniques, and administer a safety program.

Task 401: <u>Reserved</u>

Task 402: <u>Reserved</u>

Task 403: <u>Construction Operations</u>

The A-E Contractor shall provide engineering services in support of the overall construction program effort. Such services will include: analysis and technical review of construction contractor bid submissions for assigned work packages in terms of unit costs, time schedules, manpower allocation and pricing, as well as recommended selection or rejection of construction bid alternates. Detailed independent cost estimates for the relevant site-specific facilities and geographic segments of the program will provide the basis for undertaking the analysis of contractor bids.

The A-E Contractor shall review contractor payment requests and shall make recommendations to NECP on payments to contractors. The A-E Contractor shall provide support to FRA in dispute negotiations.

The A-E Contractor shall provide on-site management, coordination and inspection of all construction activities to assure that work conforms to construction work packages in terms of quality of materials and methods of installation and determine the adequacy of contractor plans, supervision and progress. This will include assisting with coordination of other contractors and local governments/organizations. Management and inspection of track construction shall include the following specific services:

a. Inspect track work for compliance with specifications and procedures prescribed for the program.

b. Verify quantitative measures for accuracy such as: tie counts, production footages, rail renewals, etc.

c. Verify labor and material charges in the field.

d. Measure unloaded track geometry and alignment behind track surfacing and rail and switch renewal operations.

e. Monitor track geometry collected by the DOT inspection vehicle and list locations which fail to meet track geometry criteria for consideration of NECP.

f. Other quantitative and qualitative inspection services as may be deemed necessary by NECP.

The A-E Contractor shall submit appropriate inspection reports to NECP. The reporting form shall be developed by the A-E Contractor and submitted to NECP for approval with a recommended reporting schedule for each inspection item.

Establishing and maintaining field control offices at appropriate geographic locations along the NEC will be essential to accomplish this task. Services associated with inspection shall include record keeping of all construction materials, equipment and fabricated subcomponents on site. Assessing compliance with construction phasing and staging schedules included in this portion of the task. The A-E Contractor shall be fully responsible for all interpretations of drawings in the field and shall submit an "as-built" set of drawings at the conclusion of each construction segment of the project.

The A-E Contractor shall assure that interface coordination is achieved and that interference and delay of construction is avoided.

The A-E Contractor shall review all shop drawings, samples and other submissions for full compliance with construction drawings, specifications and equipment and material listings developed in prior design tasks. Promoting the timely submission of shop drawings consistent with construction schedules shall also be included in this task. The A-E Contractor shall review all proposals for changes or notices of changes, compile relevant data, engage in discussions with the CC's or Amtrak, as appropriate, and make recommendations to FRA/NECP.

During the construction phases of the NECIP, the A-E Contractor shall alert NECP and Amtrak as appropriate if material defects or discrepancies are found in work progressing or completed. The A-E Contractor shall recommend changes to work programs, work-arounds and retrofit plans as necessary to complete jobs within program directives. NECP approvals must be secured in all cases. The A-E Contractor shall notify Amtrak of all discrepancies; NECP will be notified if any discrepancies cannot be resolved directly between the A-E Contractor and Amtrak. The A-E Contractor shall also provide primary inspection of the work being undertaken directly by Amtrak force-account personnel to assure full compliance with the relevant contract drawings, specifications and construction schedules. The A-E Contractor shall conduct inspection audits in connection with the work performed by Amtrak's subcontractors. The A-E Contractor shall maintain all requisite project records to fully document the status of the NECIP and to furnish information for the Program Management Tasks.

Task 404: <u>System and Component Testing and Acceptance</u>

The A-E Contractor shall, in close coordination with Amtrak and others, prepare testing methods and procedures for FRA approval prior to developing a plan and schedule for undertaking the tests for major systems, site-specific

facility components and subcomponents. The A-E Contractor with appropriate subcontractors and specialized testing equipment shall conduct the tests for those elements of the program where testing is specified such as: electrification; signalling; communications and train control systems; and stations and maintenance facilities. Within specific facilities, utilities, lighting, heating, air-conditioning and specialized fire protection, security and emergency power systems are typical items which shall be included in the testing activities.

This testing shall be done in coordination with NECP, Amtrak, major modal users, manufacturers and related installation contractors. Minimizing the impact of conducting these tests on on-going rail operations is to be an objective of this task, and will draw on Task 108 as appropriate. Acceptance testing will be performed against criteria and evaluation parameters developed by the A-E Contractor, its associate subcontractors and Amtrak.

Reports will be provided to FRA recommending or rejecting acceptance based upon test results. Portion of the performance of acceptance testing may be delegated to the A-E Contractor.

All testing shall be planned and conducted in close coordination with Amtrak and other users. Insofar as possible, all testing will be carried out to permit ultimate acceptance from FRA by Amtrak and other users without further testing.

The A-E Contractor shall provide sufficient advance notice to the NECP of testing and systems acceptance inspections so that the NECIP may in turn formally notify Amtrak of such inspections as required in Section 7.05 of the Amtrak contract.

The A-E Contractor shall prepare a plan for approval by NECP for acceptance of completed work. Final acceptance will involve both acceptance of completed work by NECP and turn over of project to Amtrak for operations and maintenance. Start-up assistance may be necessary in connection with certain facilities.

Task 405: Quality Control

The A-E Contractor shall be responsible for developing and implementing a program for maintaining control of the quality of all work performed by CC's and Amtrak force account personnel in constructing the NECIP improvements and subsequently testing them. Material submittals will be evaluated and samples tested to verify conformity to requirements. The A-E Contractor shall be responsible for developing and implementing a program for auditing the quality control activities performed by others in the execution of Amtrak subcontractors.

A Quality Control Plan will be submitted by the A-E Contractor to NECP for approval. This plan will be coordinated with Amtrak. This plan will be updated periodically. It will detail the procedures, responsibilities and standards required to implement the plan including the quality function in Task 403. The plan will cover specified material, construction, personnel qualifications, and acceptance testing. All work will be reviewed by the A-E Contractor for compliance with the drawings, specifications, standards and directives which define the products and the system performance.

Task 405.1 Fireline Pipe Test

Test six inch diameter asbestos cement pipe and accessories for use in the East River tunnels for wet fireline.

Task 405.2 Concrete Tie Quality Control

The A-E Contractor shall provide interim Quality Assurance personnel to monitor concrete tie manufacturing operations at the Santa Fe/San Vel Plant, Littleton, Massachusetts.

#64

405.3 Concrete Tie [illegible]

Task 406: Safety

The A-E Contractor shall develop a personnel safety program to include safety philosophy, safety plans, requirements, specifications, and procedures. The A-E Contractor will designate a Personnel Safety Manager who shall be the focal point for all matters related to personnel safety. Corresponding safety efforts will be required for all construction Work Packages.

The A-E Contractor shall be responsible for establishing and maintaining an on-going safety program to assure Amtrak's and the CC's compliance with all Federal safety regulations including overriding state or local requirements. Maintenance of this program shall be accomplished through the field offices. The A-E Contractor shall inform Amtrak or the appropriate CC, if any, or both, as appropriate, of potential hazardous or unsafe conditions which may be observed as a part of the supervisory and inspection activities. A written record will be kept of all such notifications and of the responses observed by the A-E Contractor to such notifications. The A-E Contractor shall report to NECP any failure by Amtrak or a CC to eliminate a potentially hazardous or unsafe condition following such a notification.

Task 407: Construction Management Administration

The A-E Contractor shall provide services normally required of a Construction Management Contractor, unless otherwise directed by the NECP. In addition to those services specified in Tasks 403 thru 406, will include as appropriate the following services:

A. Construction and Logistics Planning

In addition to the Logistics Planning of Task 113, the A-E Contractor will plan site-specific construction and inspection work on the NEC. It will specify the time and access for labor, material and equipment for those construction jobs requiring this additional level of schedule detail. It will interface with the Amtrak maintenance program as required.

Construction planning will be initiated with systems engineering to develop optimum methods, labor availability, safety and security requirements, special condition specifications, evaluating site conditions, etc.

B. Jobsite Control

Jobsite Control will plan for temporary and permanent drainage power, camps, relocations and run-arounds, deployment of each resource, storage, safety, security, fire prevention, timely and accurate reporting, visitor control, etc.

C. Permits and Licenses

The A-E Contractor will verify that necessary permits and licenses to be acquired to support the construction program.

D. Miscellaneous

To the extent the construction management services are not covered in other tasks, they should be accounted for in this task including the following: labor relations, cut-over plan, site clean-up plan, etc.

Task 408: Land Acquisition

Wherever additional real property or interests in real property are required for major realignment, electrical substation location, fencing, stations, or other purposes, the A-E Contractor, shall perform all necessary real estate functions, as directed by the NECP.

As part of this task the A-E Contractor shall perform the following:

a. Identify all interests in NEC real property to be improved by the NECIP. For each parcel of such property, obtain a metes and bounds survey and a legal description. Compile all such data in a form

satisfactory to FRA and submit a copy thereof to FRA. Such copy shall be submitted in increments as it is developed. As a general rule, work on parcels in the order in which they are to be improved in the NECIP.

b. Coordinate assembly of all relevant real estate data for inclusion in the Management Information System data base under Task 301.

c. Identify parcels which must be acquired in fee or in which an interest must be acquired by FRA or Amtrak. Recommend such acquisitions to FRA. Upon receipt of direction to proceed from the COTR, follow the Detailed Procedures for Contractor's Performance in Acquisition/Disposition of NEC Real Property approved by FRA so as to enable FRA to acquire the needed real property interests.

d. Comment on the draft Detailed Procedures for Contractor's Performance in Acquisition/Disposition of NEC Real Property delivered to the A-E Contractor by FRA.

e. Ascertain and submit to cost estimating Task 120 (thence to FRA) the total estimated cost of real property and interests in real property to be acquired by FRA or Amtrak for the NECIP.

f. Identify persons or businesses to be relocated as part of the NECIP. Assist FRA as directed to accomplish the relocation of such persons or businesses in compliance with the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970.

g. Search Conrail's real estate records in Philadelphia and reproduce for FRA and Amtrak those records showing property rights, by whomever held, in rail properties in the Northeast Corridor. Of particular importance are records showing the boundaries of the main line right-of-way and those showing utility easements.

64. INTEREST ON OVERDUE PAYMENTS (Federal Register) (10-82)

(a) The Primpt Payment Act, PL 97-177 (96 Statute 85, 31USC 1801) is applicable to payments under this contract and requires the payment to contractors of interest on overdue payments and improperly taken discounts.

(b) Determinations of interest due will be made in accordance with the provisions of the Prompt Payment Act and Office of Management and Budget Circular A-125.

EXHIBIT
# 2B

STANDARD FORM 30, JULY 1966
GENERAL SERVICES ADMINISTRATION
FED. PROC. REG. (41 CFR) 1-16.101

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

PAGE 1 OF 38

| 1. AMENDMENT/MODIFICATION NO. | 2. EFFECTIVE DATE | 3. REQUISITION/PURCHASE REQUEST NO. | 4. PROJECT NO. (If applicable) |
|---|---|---|---|
| 92 | OCT 1 1982 | 6048-94 | |

5. ISSUED BY CODE
Federal Railroad Administration
Office of Procurement, RAD-33.1
400 Seventh Street, S.W., Rm. 8206
Washington, D. C. 20590

6. ADMINISTERED BY (If other than block 5) CODE

7. CONTRACTOR NAME AND ADDRESS CODE FACILITY CODE
(Street, city, county, state, and ZIP Code)
DeLeuw, Cather/Parsons
1201 Connecticut Avenue, N.W.
Washington, D. C. 20036

8.
☐ AMENDMENT OF SOLICITATION NO. ______
DATED ______ (See block 9)
☒ MODIFICATION OF CONTRACT/ORDER NO. DOT-FR-76048
DATED 10/26/76 (See block 11)

9. THIS BLOCK APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS
☐ The above numbered solicitation is amended as set forth in block 12. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation, or as amended, by one of the following methods:
(a) By signing and returning ______ copies of this amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE ISSUING OFFICE PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If, by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided such telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

10. ACCOUNTING AND APPROPRIATION DATA (If required)
N/A

11. THIS BLOCK APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS
(a) ☐ This Change Order is issued pursuant to ______
The Changes set forth in block 12 are made to the above numbered contract/order.
(b) ☐ The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data, etc.) set forth in block 12.
(c) ☒ This Supplemental Agreement is entered into pursuant to authority of 41 USC 252(c)(10)
It modifies the above numbered contract as set forth in block 12.

12. DESCRIPTION OF AMENDMENT/MODIFICATION

This modification provides for an extension of the existing contract through September 30, 1985.

1.0 Standard Form 252, Architect-Engineer, is changed as follows:

1.1 Block 4, Department or Agency and Address, delete "Room 8210" and telephone number "(202) 755-9464" and substitute "Room 8206 and (202) 755-1367".

1.2 Block 6, Delete the date "June 30, 1983" and substitute "September 30, 1985".

1.3 Block 7, Contract Amount, delete in its entirety and substitute in lieu thereof: "Five Hundred Thirty Four Million, Six Hundred Eighty Seven Thousand, Seven Hundred Seventy Eight Dollars".

1.4 Block 10, Subparagraph C, under Exhibit 4, delete "(Task 306)".

2.0 The Contract Schedule is amended as follows:

2.1 Table of Contents, Article VI, delete title "Key Personnel" and substitute the word "Reserved" therefor.

Except as provided herein, all terms and conditions of the document referenced in block 8, as heretofore changed, remain unchanged and in full force and effect.

☐ CONTRACTOR/OFFEROR IS NOT REQUIRED TO SIGN THIS DOCUMENT ☒ CONTRACTOR/OFFEROR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 4 COPIES TO ISSUING OFFICE

14. NAME OF CONTRACTOR/OFFEROR
SEE PAGE 38
BY ______
(Signature of person authorized to sign)

17. UNITED STATES OF AMERICA
BY Joseph Kerner
(Signature of Contracting Officer)

15. NAME AND TITLE OF SIGNER (Type or print) | 16. DATE SIGNED | 18. NAME OF CONTRACTING OFFICER (Type or print) | 19. DATE SIGNED

3.0 Article I - DEFINITIONS

3.1 Section 1.02, Associate Subcontractors, line "(1)", delete "Hudson, Leftwich and substitute "Hudson Leftwich & Davenport" therefor.

3.2 Section 1.05, CC, second line, after "FRA" add "or Amtrak."

3.3 Section 1.20, Corridor (previously Implementation) Master Plan, fifth and sixth lines, place a period after first word in fifth line, "work", and delete all words thereafter: "so that all services of the A-E Contract hereunder, including demobilization and contract cleanup, will be completed by June 30, 1983."

3.4 Section 1.23, Project Manager, is changed to read "General Manager" in the section title and in the first line of the definition. Delete the portion of the second and third lines which read "and named in Section 6.01."

3.5 Add Section 1.25, Manquarter. Manquarter means 469.6 hours actually worked exclusive of annual, sick, administrative and holiday leave.

4.0 Article II - STATEMENT OF WORK

4.1 Section 2.01, Objective, add "as modified by PL 96-254 dated May 30, 1980," at the end of the first sentence after the word "Act."

4.2 Section 2.01 delete subparagraphs (a) through (e) and substitute the following in lieu thereof:

"(a) Safety of the passengers and users of the Northeast Corridor must be paramount, and safety-related items should be completed prior to other items.

(b) Potential ridership should be considered, with those activities which benefit the greatest number of passengers completed before those involving fewer passengers.

(c) Reliability of intercity passenger service must be emphasized.

(d) Trip-time requirements as set forth in Section 703 of the 4R Act must be achieved to the extent compatible with the priorities cited in subparagraphs (a) through (c) of this paragraph.

(e) Reducing maintenance cost levels is desirable, and improvements which will pay for the investment by achieving lower operating or maintenance cost should be implemented.

(f) On-time performance of Northeast Corridor commuter and freight operations must be optimized, and construction operations should be scheduled in order that the fewest possible passengers are inconvenienced and service is maintained.

(g) Planning should focus on completing activities which will provide immediate benefits to the users of the Northeast Corridor."

4.3 Section 2.01, Paragraph that begins with "Section 703(1) (A) (ii) of the 4R Act," seventh line, after word "Section," delete "2.01(a)" and substitute "703 of 4R Act" therefor."

4.4 Section 2.02, Scope of Services, add "as modified by PL 96-254 dated May 30, 1980" to the fifth line immediately after the year "1976."

4.5 Section 3.04, Work Packages, add "as modified by PL 96-254 dated May 30, 1980" to the fifth line immediately after the word "Act."

5.0 Article V - PROJECT DIRECTION

5.1 Section 5.02, Contracting Officer, first sentence, change "Section 1.05" to read "Section 1.06."

5.2 Section 5.03, Contracting Officer's Technical Representative, second paragraph, fifth line, change "Clause 63" to read "Clause 61."

6.0 Article VII - BUDGET

6.1 Delete Cost Schedule A, B and C in their entirety and substitute in lieu thereof the following:

Cost Schedule A

| | |
|---|---|
| A-E Final Design: | |
| Estimated Cost: | $116,989,821 |
| Fixed Fee: | 273,369 |
| Total Budget Amount | $117,263,190 |

Cost Schedule B

| | |
|---|---|
| Systems Engineering, Design Management, Program Management and Construction Management: | |
| Estimated Cost: | $240,361,296 |
| Fixed Fee: | 14,063,292 |
| Total Budget Amount: | $254,424,588 |

Cost Schedule C

| | |
|---|---|
| Long Lead Items: | $163,000,000 |
| Estimated Cost | |
| Budget Amount | |

7.0 Article VIII - ESTIMATED COST AND FIXED FEE

7.1 Delete Section 8.01 - Maximum Obligation, and substitute in lieu thereof the following:

"Section 8.01 - Maximum Obligation

The estimated cost for performance of this contract is $520,351,117 plus a fixed fee of $14,336,661 for a total estimated cost-plus-fixed fee of $534,687,778.

7.2 Delete subparagraphs (a) (b) and (c) from Section 8.02 - Funding Limitation and substitute in lieu thereof:

(a) Total funds available for payment and allotted to this contract $496,343,473.

(b) Estimated additional funds which may be provided, if funds are available $38,344,305.

(c) Total Estimated Cost (including a Fixed Fee) $534,687,778.

8.0 Article X - PAYMENT OF ALLOWABLE COSTS AND FIXED FEE

8.1 Section 10.01 - Reimbursement of Costs Paid - Letter of Credit Method, subparagraph (b) tenth line change "to the reimbursed during" to read "to be reimbursed during."

8.2 Section 10.01, subparagraph (d) change the paragraph that begins with "Whoever, if any matter" to read "Whoever, in any matter."

8.3 Section 10.02, Proration of Fixed Fee, delete the amount of $12,165,197 and substitute in lieu thereof of $14,336,661.

8.4 Section 10.02, add subparagraph (iv) and (v) as follows:

(iv) $171,464 will be paid on the basis of percent completion of the tasks which formed the basis for this fee award as described in DCP modifications 5-9 covering the period March 17, 1981 through November 30, 1982.-"Changes in General Scope of Work (CIS) and Increases in Level of Effort (LOE)."

(v) $2,000,000 will be paid on the basis of Schedule B effort expended for the period October 1, 1982 through September 30, 1985. Payment will be made at the rate of $975.60 per manquarter. Should the effort expended under Schedule B activities between October 1, 1982 and completion of the contract term be less than the target

2050 manquarters but more than 1742.5 Manquarters, the Contractor shall be entitled to bill the balance of the fee set forth in this subparagraph (v), subject to any withholding provisions of the contract.

9.0 Article XI - PERIOD OF PERFORMANCE

9.1 Section 11.01, Period of Performance, delete the words "Term-Type" and the date "June 30, 1983" and substitute in lieu thereof "Level of Effort Type" and "September 30, 1985."

9.2 Section 11.02, Option to Extend, is deleted and the following substituted therefor:

If as of September 30, 1985, the total effort expended by the contractor in performance of the Scope of Services is less than 2050 manquarters, the Government shall have the option to extend the period of performance for six (6) months. In the event the Government chooses to exercise this option, the maximum effort limit set forth in Section 11.03, paragraph 2(a) shall become 2050 manquarters in lieu of 2357.5 manquarters. It is further understood and agreed that continued performance of the contractor beyond March 31, 1986, shall entitle the contractor to an equitable adjustment in fixed fee pursuant to the "Changes" clause of this contract.

9.3 Section 11.03, Adjustment in Fixed Fee, delete in its entirety and substitute the following.

Section 11.03 - Level of Effort

1. The contractor shall furnish labor, facilities and materials and such other services necessary to perform Schedule B work requirements stated in Exhibit I.

2. (a) In accomplishing the Schedule B work set forth in Exhibit I during the period October 1, 1982 through September 30, 1985, and in consideration for payment of the fixed fee negotiated therefor, the Contractor shall provide at least a minimum of 1,742.5 and a maximum of 2,357.5 direct labor manquarters (including overtime). This provision in no way alters the provisions of Clause 26, "Limitation of Cost."

   (b) In the event direct labor manquarters in excess of the specified maximum amount are required to accomplish the scope of work, any such additional effort authorized by the Contracting Officer shall form the basis for an adjustment to the fixed fee in accordance with the terms of this Article. In no event will such work be outside the general scope of work (Exhibit I) nor extend beyond the Period of Performance of this contract. The parties agree that any fee adjustment for any additional manquarters shall be based solely upon the quantity of additional manquarters being added to the maximum number of manquarters specified in this article.

(c) In the event fewer manquarters than the specified minimum number of direct labor manquarters are used by the contractor in accomplishing the prescribed work, and the Government has not invoked its rights under the clause of the General Provisions hereof entitled "Termination" during the contract period to adjust the contract for such reduced effort, an equitable adjustment shall be made in the fee. The parties agree that any fee adjustments shall be based solely upon the quantity of manquarters by which the number of direct labor manquarters furnished is less than the minimum number of direct labor manquarters specified in this Article. The resulting adjustment shall be evidenced by a contract modification.

10.0 Article XIII - ADVANCE AGREEMENTS

10.1 Section 13.02, Help Wanted Advertising Costs, after the word "allocable" add "and allowable." Delete the last sentence in its entirety.

11.0 Article XXIV - GENERAL PROVISIONS

11.1 Delete "Clause 63, Certification - Wage and Price Standards in its entirety and insert "Reserved."

11.2 Add the following clause to the General Provisions.

64. INTEREST ON OVERDUE PAYMENTS (Federal Register) (10-82)

(a) The Prompt Payment Act, PL 97-177 (96 Statute 85, 31 USC 1801) is applicable to payments under this contract and requires the payment to contractors of interest on overdue payments and improperly taken discounts.

(b) Determinations of interest due will be made in accordance with the provisions of the Prompt Payment Act and Office of Management and Budget Circular A-125.

12.0 Exhibit I - SCOPE OF SERVICES

12.1 Delete in its entirety and substitute the attached Exhibit I, (Attachment 1) Scope of Services dated October 1, 1982 therefor.

13.0 Exhibit 2 - CONTRACT DATA REQUIREMENT LIST

13.1 Delete in its entirety and substitute the following thereof:

EXHIBIT 2
Contract Data Requirement List

| Seq. No. | Task/ GP/ Section | Title/Requirement | No. Cys. | Freq. | Schedule |
|---|---|---|---|---|---|
| 3. | 307.0 | PROCUREMENT PLAN<br><br>Plan for implementing the procurement procedures identifying procurements to be contracted by DCP, FRA, AMTRAK or others; MBE goals and time phasing. This report will also summarize by state the procurements awarded for the previous month and from inception to date. | 4 | Q | Revised pages only |
| 4. | 314.0 | AMTRAK WORK RELEASES<br><br>Preparation of Work Releases for Amtrak Performance | AR | AR | - |
| 5. | 120.0 | COST ESTIMATES<br><br>NECIP cost estimates presented and updated in accordance with Task 120. | AR | AR | |
| 6. | 301.0 | PERIOD STATUS REPORTS | 5 | Q | Due at FRA 15 working days after the DCP quarterly revie meeting. |
| 7. | 301.0 | MANAGEMENT PLANNING AND CONTROL SYSTEM FOR NECIP<br><br>Provides for Specific reports, plans and controls. It describes the interactions of its subsystems (e.g. master plans. PMS -4) to achieve control and implement policies. | AR | AR | |
| 8. | 403.0 | As-Built Drawings<br><br>At the conclusion of each NECIP construction contract, the A-E Contractor will insure the construction Contractor produces "As-Built drawings." | AR | AR | |

FREQUENCY LEGEND
SI-Single Issue Q-Quarterly
AR-As Required M-Monthly
A-Annually

CMP
Corridor
Master Plan

EXHIBIT 2
Contract Data Requirement List

| Seq. No. | Task/ GP/ Section | Title/Requirement | No. Cys. | Freq. | Schedule |
|---|---|---|---|---|---|
| 1. | 111.0 | ENVIRONMENTAL IMPACT STATEMENT/ ASSESSMENT | | | |
| | | The preparation of documents, reports, assessments, correspondence, etc., as required to satisfy the National Environmental Policy Act, the National Historic Preservation Act of 1966, the Department of Transportation Act, and other requirements. This shall include all activities associated with such preparations including field reconnaissance, public hearing, data interpretation, and drafting. As mandated by law and regulations implementing that law. | | | |
| | | A. Site Specific EIS | AR | AR | - |
| | | B. Site Specific Negative Declaration | AR | AR | - |
| | | C. Reports and other Correspondence | AR | AR | - |
| 2. | 307.0 | PROCUREMENT PROCEDURES AND POLICY MANUAL | | | |
| | | Procedures used by DCP for subcontracting and assistance in FRA procurement activity. | | | |
| | | A. Vol. 1 - DCP Subcontracting. | 3 | AR | As Changes Occur |
| | | B. Vol. II - Assistance in FRA Procurement Activity | 3 | AR | - |

EXHIBIT 2
Contract Data Requirement List

| Seq. No. | Task/ GP/ Section | Title/Requirement | No. Cys. | Freq. | Schedule |
|---|---|---|---|---|---|
| 9. | 406.0 | SAFETY REPORTS | AR | AR | - |
| | | As situations are perceived or as safety violations or incidents occur, each should be analyzed and documented. | | | |
| 10. | 110.0 | LAND ACQUISITIONS | AR | AR | |
| | | Provides necessary documents for USG purchase of land. | | | |
| 11. | 121.0 | CONFIGURATION MANAGEMENT AND CHANGE CONTROL REPORT | | | |
| | | Report indicates changes to system specifications, design and construction documentation through all phases of the NECIP. | | | |
| | | A. Configuration Identification Index | AR | AR | |
| | | B. Configuration Status Accounting Report | AR | AR | |
| | | C. Change Proposal Status Report | AR | AR | |
| 12. | 307.0 | NOTICE OF DELAYS (GP #33) | AR | AR | |
| | | This report shall be used to notify the Contracting Officer of any difficulty which is delaying or threatens to delay the timely performance of this contract. | | | |
| 13. | GP-43 | OVERHEAD RATE PROPOSAL | 1 | A | |
| | | This report shall convey to the Contracting Officer a proposed final overhead rate for the preceding fiscal year. | | | |

EXHIBIT 2
Contract Data Requirement List

| Seq. No. | Task/ GP/ Section | Title/Requirement | No. Cys. | Freq. | Schedule |
|---|---|---|---|---|---|
| 14. | 9.01 | ANTICIPATED OVERRUN REPORT<br><br>If A & E Contractor expects to exceed its planned expenditure for the present quarter to a degree that would exceed planned annual expenditures, this would be generated and submitted. | AR | AR | |
| 15. | 10.3 | INVOICE<br><br>Invoice or voucher supported by a statement of cost covering all payments received under letter of credit for period reported. | 3 | Bi-Weekly | |
| 16. | 9.01 | FISCAL YEAR COST PROJECTIONS<br><br>This report shall provide an estimate of the maximum aggregate allowable costs expected to be incurred by the A/E Contractor in the following fiscal year. | 3 | A | |
| 17. | 10.0b | ESTIMATE OF COSTS REIMBURSABLE<br><br>This report shall notify the Contracting Officer of the estimated costs for which the A/E Contractor will require reimbursement in the succeeding fiscal quarter. | 3 | Q | |
| 18. | 10.01 (g) | LETTER OF CREDIT FUND REQUEST<br><br>This report shall be used to notify the Contracting Officer any time the balance of funds available under a letter of credit are insufficient to reimburse the A/E Contractor for allowable costs. It shall include an estimate of the funds needed for the balance of the fiscal quarter. | 2 | AR | |

EXHIBIT 2
Contract Data Requirement List

| Seq. No. | Task/ GP/ Section | Title/Requirement | No. Cys. | Freq. | Schedule |
|---|---|---|---|---|---|
| 19. | GP-67 | REVISED COST ESTIMATES<br><br>This report will be used to notify the Contracting Officer of revised cost estimates in the event that the contractor expects to exceed within the next 60 days 75 percent of the total amount allotted to the contract. | 2 | AR | |
| 20. | GP-47 | SUBCONTRACT PACKAGES<br><br>Proposed subcontracts with supporting documentation for Contracting Officer's consent to place. | 3 | AR | |
| 21. | 307.3 | CONSTRUCTION BID SOLICIATION PLAN<br><br>This is an advance procurement plan which shall be submitted at the 60% design review of each construction package. | AR | AR | |
| 22. | 14.03 | NOTICE OF CLAIMS/ACTIONS<br><br>This report shall be used to notify the Contracting Officer of any suit or action filed or claim made against the Contractor based on a protected claim. | AR | AR | |
| 23. | 11.02 | PROGRESS REPORTS<br><br>This report shall reflect man-quarters of effort expended for each task for Schedule B of the contract. | 3 | Q | Starting 10/1. |
| 24. | 307 | CLOSEOUT PROPOSAL<br><br>This proposal shall set forth the Contractor's plan for completion of all administrative closeout activities. The content of this proposal shall be as mutually agreed to between the Contractor and the | 5 | | March 1, 1985 |

# DETAIL COST BREAKDOWN

TITLE: ______________________ 606-______________________

CLIENT: ______________________ JOB NO.: ______________________

PERIOD OF PERFORMANCE: ______________________ MIDPOINT: ______________________

DATE: ______________ WBS ELEMENT TYPE OF QUOTE: LS ______________

PREPARED BY: ______________ FP ____ CPFF ____ CPIF/AF ____

CHECKED BY: ______________ NTE __________ OTHER __________

| I. DIRECT LABOR CATEGORY | MM | Hours | Rate | Cost |
|---|---|---|---|---|
| Management/Supervision | ____ | ____ | $____ | $____ |
| Project Management | ____ | ____ | ____ | ____ |
| Project Engineer | ____ | ____ | ____ | ____ |
| Engineer-Specialist | ____ | ____ | ____ | ____ |
| Process Engineer | ____ | ____ | ____ | ____ |
| Principal Engineer | ____ | ____ | ____ | ____ |
| Senior Engineer | ____ | ____ | ____ | ____ |
| Engineer/Sr. Designer | ____ | ____ | ____ | ____ |
| Designer/Drafter | ____ | ____ | ____ | ____ |
| Estimator | ____ | ____ | ____ | ____ |
| Planning and Scheduling | ____ | ____ | ____ | ____ |
| Cost Engineer | ____ | ____ | ____ | ____ |
| Technical Writer-Editor | ____ | ____ | ____ | ____ |
| Data Engineer | ____ | ____ | ____ | ____ |
| Contract Administration | ____ | ____ | ____ | ____ |
| Engr'g. Coordinator/Technician | ____ | ____ | ____ | ____ |
| Procurement | ____ | ____ | ____ | ____ |
| Accounting | ____ | ____ | ____ | ____ |
| Steno/Clerical | ____ | ____ | ____ | ____ |
| Reproduction Operator | ____ | ____ | ____ | ____ |
| ____________ | ____ | ____ | ____ | ____ |
| ____________ | ____ | ____ | ____ | ____ |
| ____________ | ____ | ____ | ____ | ____ |
| ____________ | ____ | ____ | ____ | ____ |
| ____________ | ____ | ____ | ____ | ____ |
| ____________ | ____ | ____ | ____ | ____ |
| ____________ | ____ | ____ | ____ | ____ |
| ____________ | ____ | ____ | ____ | ____ |
| ____________ | ____ | ____ | ____ | ____ |
| ____________ | ____ | ____ | ____ | ____ |
| Total Direct Labor | ____ | ____ | ____ | $________ |

II. PAYROLL EXPENSES

Payroll Taxes, Insurance, and Welfare
________ Percent of Total Direct Labor ________

III. OVERHEAD

________ Percent of Total Direct Labor ________

TOTAL BURDENED LABOR $________

Revised 6 June 1983

DETAIL COST BREAKDOWN

Date: ____________ File No. 606-__________

IV. OTHER DIRECT COSTS TOTAL LOADED LABOR $__________

Subcontracts

Description

________________________________ $________
________________________________ ________
________________________________ ________
________________________________ ________
________________________________ ________

Subtotal Subcontracts . . . . . . . . . $__________

Travel

Airport Transportation . . . . . . . . . . . . . $________
Transportation . . . . . . . . . . . . . . . . ________
Subsistence . . . . . . . . . . . . . . . . . ________
Auto Rental . . . . . . . . . . . . . . . . . ________

Subtotal Travel . . . . . . . . . . . . $__________

Miscellaneous ODC's

Reproduction, Engineering Supplies,
Freight, Express, Postage, Communications

________ Percent of Direct Labor $________

Subtotal Miscellaneous ODC's . . . . $__________

Capital Cost of Money

________ Percent of Total Direct Labor $________

Subtotal Capital Cost of Money . . . $__________

Other ODC's - Non-Direct Labor Related

Computer Services . . . . . . . . . . . . . . . $________
Professional Services . . . . . . . . . . . . ________
Relocation . . . . . . . . . . . . . . . . . . ________
Mobilization/Demobilization . . . . . . . . . . ________
__________________________ . . . . . . . . . ________
__________________________ . . . . . . . . . ________
__________________________ . . . . . . . . . ________

Subtotal - Non-DL ODC's . . . . . . . . $__________

TOTAL OTHER DIRECT COSTS $__________

V. TOTAL COSTS W/O CCM $__________ $__________

VI. PROFIT/FEE ____________% $__________

VII. TOTAL PRICE $__________

Revised 6 June 1983

ATTACHMENT 1

DOT-FR-76048
Modification No. 92
Page 12 of 38

EXHIBIT 1

SCOPE OF SERVICES

October 1, 1982

The architect/engineer contractor shall provide the services listed below by primary categories of work and described as follows:

- Systems Engineering

  110 Agency and Environmental Coordination/Real Estate
  113 Logistic Planning
  120 Cost Estimating
  121 Configuration Management and Change Control

- Engineering Design - Components and Facilities

  202 Track Structures
  203 Bridges
  204 Electrification
  205 Signals and Communications
  209 Stations
  210 Maintenance and Service Facilities
  212 Railroad Development Project Management Office

- Program Management

  301 Management Information System
  303 Systems Integration and Planning
  305 Documentation Control
  307 Contract and Procurement Services
  309 Program Management and Administration
  311 Affirmative Action Program for Business
  313 Operational Planning Services
  314 Project Cost Control
  315 Affirmative Action for Employment Program

- Construction Management

  403 Construction Operations
  405 Quality Control
  406 Safety

TASK 110: Agency and Environmental Coordination/Real Estate

Description of duties/services involved:

The task combines functions previously included in Task 110, Environmenta Assessments (EIA)/Environmental Impact Statements (EIS); Task 107, Local/Agency Coordination and Approvals; and Task 408, Land Acquisition.

The A-E Contractor shall accomplish those activities required to complete environmental documentation as required for the improvements (budgeted as of September 30, 1982); obtain clearances (as are determined necessary for these projects) from appropriate State and Federal agencies; and assist FRA in negotiating interagency (cultural resources) agreements of mitigation where necessary. The A-E Contractor shall assist with the liaison with local, county, regional, and State agencies to ensure optimal compliance with local laws and policies and optimal compatibility with Federal and non-Federal projects impacting on or impacted by the NECIP. The A-E Contractor shall obtain the real property or interests in real property and shall perform real estate functions as required (and known to be required by projects being designed or in construction on September 30, 1982). Work will be undertaken consistent with policy and procedures established during the contract period and applicable Federal law.

The A-E Contractor shall coordinate work on bridges over navigable waters with appropriate offices of the U.S. Coast Guard.

Task 113: Logistics Planning

Description of duties/services involved:

The A-E Contractor shall identify items of material and equipment that require advanced procurement in support of the proposed construction program for FRA/Amtrak subcontractors and direct force account Programs.

Upon approval of the advanced procurement of these items, the A-E Contractor may be authorized to prepare a procurement package and to procure materials and equipment as described in Task 307.

The A-E Contractor shall designate a Logistics Coordinator who will serve as a focal point for logistical activities, as liaison for logistical matters between organizations.

The A-E Contractor shall implement and maintain the NECIP Logistics Planning System in accordance with the "Implementation Plan NECIP Logistics Planning System" outlined in Exhibit 5 (modified).

The A-E Contractor shall provide the transition of design projects to successful construction startup removing all obstacles including labor clearances, amendments to IFB packages, work release coordination, and preparation of scheduling specifications. On a monthly basis, a Resource Deficiency Report shall be prepared and submitted as an attachment to the Monthly Assessment Report, identifying any and all deficiencies in resources that may affect projects. This shall be followed by a project status review meeting.

Services shall include:

- Construction packaging.
- Constructibility reviews.
- Planning and coordination of Amtrak labor materials and equipment resources.
- Coordination of Amtrak and other railroad activities support for construction contracts.
- Preparation, maintenance, and review of track outage plan and construction phasing/1GO requirements.
- Work release coordination activities.
- Material takeoff and requirements.

Task 120: Cost Estimating

Description of duties/services involved:

The A-E Contractor shall utilize established guidelines to prepare NECIP estimates of cost. The guidelines provide for cost estimates at appropriate, defined work element and work unit and project levels. Cost estimates shall be periodically updated from early preliminary design through detailed design and shall continue to be updated as a part of the bid analysis process.

As part of the continuing estimating function, the A-E Contractor shall perform the following functions:

- Review estimates prepared by A-E design firms.
- Review design submittals and respond with appropriate comments.
- Prepare TIP, TAP, and final Government estimates for contract and Amtrak force account work.
- Prepare change proposal and contract amendment estimates.
- Prepare programmatic cost study data.
- Perform biannual cost escalation studies.
- Update and maintain unit cost library data.
- Prepare bid analysis of NECIP bids.
- Review A-E proposals and prepare cost estimates for A-E's design fee for all NECIP projects.
- Prepare updated DCP Form 447s for change proposals for Amtrak force account work.

Task 121: Configuration Management and Change Control

Description of duties/services involved:

The A-E Contractor shall plan and implement a program of configuration management and change control that establishes and maintains control of all changes to systems specifications, design, and construction documentation through all phases of the NECIP from the systems performance baseline through completion of construction and final acceptance. Change control shall ensure adequate planning and control of changes to effectively control the impact of changes on system performance, schedule, and cost. This task also includes control of changes to Amtrak work releases (system of combined change proposal/work release revisions).

ENGINEERING DESIGN - COMPONENTS AND FACILITIES

General: Under this segment of the scope of services, the A-E Contractor is responsible for the detailed, final design of all components and facilities to be improved, upgraded, reconstructed, or newly constructed in the Northeast Corridor to implement the NECIP. For each work package, the A-E Contractor shall develop and assemble the requisite drawings, specifications, cost estimates, construction phasing/staging schedules, and procurement plans to build particular work units associated with a specific Railroad Development Project. Coordination with NECIP, Amtrak, and local transportation agencies and modal users shall be an integral part of this segment of the contract.

After completion of design, the A-E Contractor as requested shall provide engineering support to ongoing FRA and Amtrak construction operations. Onsite construction management will require interpretation of intent of completed design and input to solve problems that develop during construction, including redesign and concept development.

The A-E Contractor shall provide all personnel, services and resources necessary for accomplishment of the tasks as set forth below:

Task 202: Track Structures

Description of duties/services involved:

The A-E Contractor shall provide engineering services necessary to complete design of track improvements required to implement the NECIP. Engineering services include:

- Reviewing A-E section improvement, station, and service facility design submittals for compliance with NECIP standards and baselined attributes.
- Finalizing best-fit curve design projects initially developed by A-E subcontractors.
- Accomplishing in-house track improvement design as directed.
- Preparing and revising, as necessary, interim track alignment for Amtrak force account work.
- Handling of miscellaneous track alignment questions from Amtrak during force account and support work.
- Providing engineering support to construction for track improvements as requested.
- Providing civil and soils review for all A-E submissions relative to track structures improvements.

Task 203: Bridges

Description of duties/services involved:

The A-E Contractor shall provide engineering services necessary to complete design of bridge improvements required to implement the NECIP. Final output shall be development of individual bridge detailed specifications and designs for required rehabilitation, replacement, etc., and development of TAP submittals for construction which incorporate these specifications and designs. Engineering services include:

- Review of Amtrak and A-E bridge design submittals for compliance with NECIP standards and design criteria.
- Completion of In-house Bridge Timber Design Project.
- Completion of in-house design for the French and King Street Bridges.
- Structural review of certain nonbridge facilities such as service facilities, signal and catenary structures, and retaining walls.
- Engineering support to construction for bridges as required.
- Review of utility, civil, and soils data for all A-E submissions relative to bridges.

Task 204: Electrification

Description of duties/services involved:

The A-E Contractor shall provide engineering services necessary to complete design of electrification improvements required to implement the NECIP. Engineering services include:

- Review of A-E electrification design submittals required for construction of an upgraded electrification system as well as section improvements, bridges, service facilities, tunnels and the Southwest Corridor.

- Finalization of electrification improvement design packages.

- Completion of ongoing in-house electrification design projects; services include furnishing all professional, technical, and support services and all materials necessary to determine existing conditions; evaluating these conditions; reviewing plans prepared by others; and providing final designs in the form of contract drawings and specifications, construction cost estimates, bills of material, construction schedules, and staging plans for construction of catenary.

- Review of electrical and corrosion control design for tunnel, station, and service facility projects.

- Engineering support to construction of electrification improvements as requested.

- Review of A-E design submittals and in-house design submittals for signal power and signal structure requirements.

- Coordination in development of designs relative to electrificatic improvements.

- Development of complete work packages for DCP and GFE procurement to support electrification improvements.

Task 205: Signals and Communications

Description of duties/services involved:

This combines initial Task 205 Signaling and Traffic Control Subsystems and Task 206 Communications.

The A-E Contractor shall provide engineering services necessary to provide a highly reliable, modern high-speed signaling system capable of supporting train operating requirements in the NEC, and shall improve the operational flexibility and capacity of certain segments of the NEC by installing a Centralized Electrification and Traffic Control System (CETC). Engineering services include but are not limited to:

- Technical administration of NECIP design-furnish contracts.
- Review of signal contractor's design drawings.
- Development of Amtrak force account interim signal material requirements.
- Review of A-E and in-house signal designs.
- Maintenance of baselined general signal plans and other control documents.
- Coordination of signals, communications, and CETC requirements.
- Assistance to Amtrak in administration of the CETC subcontract.
- Review of CETC, A-E, and in-house CETC-related designs.
- Coordination in development of CETC central facilities.
- Engineering support to construction for communications and signal systems as requested.
- Coordination of signal and CETC requirements with electric traction requirements.

Task 209: Stations

Description of duties/services involved:

The A-E Contractor shall provide engineering services necessary to complete design of station improvements required to implement the NECIP, including those considered to be "cost shared" that are jointly funded with other agencies. Services include:

- Review of A-E station design submittals for compliance with NECIP standard, criteria, and preliminary design.
- Coordination with appropriate local, regional, and State agencies and station owners.
- Preparation and management of station design changes to A-E contracts.
- Provision of technical assistance to enable the Station Arts Program to be incorporated into final station designs.
- Additional design changes for station work under construction.
- Management of procurement projects for station signs and standard items.
- Engineering support to construction for stations as required.
- Review of utility, civil, and soils data for all A-E submissions relative to station improvements

Task 210: Maintenance and Service Facilities

Description of duties/services involved:

The A-E Contractor shall provide engineering services necessary to complete design of maintenance and service facility improvements required to implement the NECIP.

Services to be provided by the A-E Contractor include:

- Review of A-E service facility submittals for compliance with NECIP standards and criteria.
- Coordination with FRA and Amtrak, particularly in regard to Wilmington Service Facility where preliminary concepts are being developed by Amtrak for design by DCP A-E subcontract.
- Coordination with signals and electrification designs to be prepared by others relative to maintenance and service facility improvements.
- Review of station mechanical designs.
- Review of utility, civil, and soils data for all A-E submissions relative to maintenance and service facility improvements.
- Engineering support to construction for maintenance and service facility improvements as requested.

Task 212: Railroad Development Projects Management Office

Description of duties/services involved:

The A-E Contractor shall provide management of each design project. The A-E Contractor shall organize and staff a Railroad Development Project Management Office (RRDP) which will be totally responsible for managing projects from the time they are identified through design. Specifically, for each project the RRDP is responsible for:

- o Serving as the central point of contact for the duration of the project.
- o Scheduling all activities required to complete the project.
- o Establishing (with the appropriate Group Chiefs) internal budgets for performance of the A-E Contractor and other subcontractor(s) work efforts.
- o Monitoring internal performance against the established budget and schedules for project control.
- o Coordinating work activities internal to the A-E Contractor and with FRA/NECIP, Amtrak, and other external organizations.
- o Preparing the subcontract scope of work and assisting in negotiations.
- o Ensuring A-E subcontractors' technical performance by applying appropriate DCP resources to assisting and controlling their efforts.
- o Verifying A-E subcontractors' progress against invoices for progress payment.
- o Implementing technical changes to A-E subcontractors.
- o Helping ensure that design-to-cost objectives are met as well as other program objectives.
- o Implementing construction packaging directives.
- o Developing TIP and TAP submittals.
- o Engineering support to construction as requested.

PROGRAM MANAGEMENT

General: The A-E Contractor shall provide program management services to the NECIP. These services shall include monitoring of the activities of Amtrak and construction contracting firms under contract to FRA for the performance of work on the NECIP and first-tier subcontracts in preparation of planning documents, assistance with implementation of the Management Planning and Control System, and continuous evaluation of the status of the NECIP.

The A-E Contractor shall provide all personnel, services, and resources necessary for accomplishment of the tasks as set forth below:

Task 301: Management Information System

Description of duties/services involved:

The Management Information System (MIS) shall be structured so that multiple data bases can supply reports throughout all responsibility levels of the NECIP. Use shall be made of computer systems where they are cost effective. The A-E Contractor shall specify a system or combination of systems that accomplish the objective of creating a project data base and the necessary management reports. The MIS will include the necessary schedule, cost, and performance data to plan and monitor the NECIP. It will meet the requirements of the "Management Planning and Control System for NECIP" (MPCS/NECIP) as described by supplementary documents prepared by DCP and approved by FRA. Its implementation shall be the responsibility of the A-E Contractor.

The A-E Contractor shall provide technical support services required for the operation and maintenance of the Financial Management, Project Administration, and Project Management software which the MIS Systems comprise. These services will include systems analysis, system programming, program maintenance, data base management, job submission, report generation, timesharing vendor/user interface, and data coordinatio for the MIS. Computer timesharing will be provided by vendors under contract to the Government or the A-E Contractor. The A-E Contractor shall maintain monthly reports showing actual data processing costs versus FRA-approved budgets. The A-E Contractor shall provide, as required, analysis on software and hardware lease or purchase plans to assist in cost-effective data processing services.

The size and complexities of the NECIP may necessitate, if existing systems do not satisfy contractual requirements, the A-E Contractor to develop new systems or modify existing ones to satisfy NECIP needs and to achieve computer support at a reasonable cost in order to achieve effective project management. The A-E Contractor shall assist FRA by adapting existing systems to provide an MIS. At a minimum, the MIS will be structured to provide sufficient information to effectively meet the requirements of the MPCS/NECIP. The A-E Contractor shall make recommendations for specific changes to the MPCS/NECIP.

The A-E Contractor shall evaluate the significance of the historical records being developed and make recommendations on the types and details of data being accumulated.

Quarterly Status Reports:

The MIS will be used by DCP to develop and issue a Quarterly Status Report in conjunction with the Quarterly Review. The Quarterly Status Report will contain any information not included in the previous Quarterly Review that is required by FRA. It will cover the plans and status of all NECIP contractors (designs, construction, services). Insofar as possible, the A-E Contractor shall establish and require the use of common report intervals.

The Quarterly Status Report will contain information on both routine status and exceptions. The routine status will include the information normally requested by the Project Manager. The exceptions will include all efforts whose variance from planned situations exceeds the amounts specified by the Manager. The report will include present project status; planned performance, cost, and schedule; plus the reason for any major exceptions, the action being taken to resolve problems, and the responsible person/organization. Status of each exception shown in the previous report will be noted.

Early Warning Reports:

The A-E Contractor shall issue Early Warning Reports at any time, as needed. These reports shall be used to inform the Project Director of actual and potential major problems. Each report will cover statement of problem, impact, and action taken or required.

MIS Operations:

The A-E Contractor shall provide support services required for the operation and maintenance of the MIS. These services will be supplied by vendors provided by the FRA or selected by the A-E Contractor. Cost-effective measures may require the utilization of intelligent terminals or minicomputers for a specialized computerized support need. The A-E Contractor shall provide a monthly report showing the actual data processing costs versus FRA approved budget.

Task 303: <u>Systems Integration and Planning</u>

<u>Description of duties/services involved:</u>

The A-E Contractor shall be responsible for all detailed planning and scheduling for activities performed under this contract. The A-E Contractor shall also be responsible for the overall systems planning and scheduling of construction and installation work. This will require the development and implementation of a system that will be compatible with the MPCS/NECIP, as revised and approved, plus the FRA contract requirements with Amtrak and any other major NECIP contractor.

The A-E Contractor shall develop, implement, and maintain an Integrated Plan (IP) devised as a management tool to reflect project interfaces, track outages, and other restraints. The IP shall be formally approved and issued quarterly.

Services include:

- o Provide computer services support to the integrated planning process to include tracking of major milestones via T-Maps.
- o Provide status updates for design contracts.
- o Provide status updates for construction projects to include design-furnish contracts.
- o Maintain status of construction notices to proceed, durations, and completions.
- o Conduct IP meetings in conjunction with the design/construction review process.

The A-E Contractor shall monitor NECIP-wide activities to ensure timely completion of design and construction to include design-furnished materials, Amtrak direct force account effort, and appropriate integration of all other activities that affect NECIP construction goals.

Services include:

- o Continual overwatch of FRA and Amtrak construction contracts and construction by others.
- o Development and maintenance of construction in place (both actual and projected) data to include Amtrak direct force account effort.
- o Assessment of Amtrak labor requirements versus available NECIP scope.
- o Production of senior management status and evaluation reports to include the Monthly Assessment Report and input to quarterly reviews.
- o Integration of schedules with NECIP obligation and authorization efforts.

Task 305: Documentation Control

Description of duties/services involved:

The A-E Contractor shall provide the services needed for documentation control, and the distribution and maintenance of the support and technical documents used in work on this contract. A comprehensive system of recording and indexing documents shall be established. The system shall provide a means of control and retrieval of design and contract drawings, technical support documents, special project reports, and Contract Data Requirement List items by project code, design code, construction code, subject, title, task number, and engineering subsection, as appropriate. Procedures and operational structures designed to accomplish the provisions of this task shall be established and maintained by the A-E Contractor.

In support of Construction Operations, the A-E Contractor shall be responsible for printing Invitations for Bids (IFBs), drawings and specifications, and IFB amendments; distribution of IFBs and amendments; and printing and distribution of construction contract modifications.

Task 307: Contract and Procurement Services

Description of duties/services involved:

The A-E Contractor, in addition to contracting and procurement functions required to support the management of the NECIP, shall provide contracting and procurement related services in support of FRA/Amtrak in the overall bid/offer solicitation, analyses, negotiation, and award recommendation process and shall establish a small business program in accordance with the provision of the General Provisions Clause 16 entitled "Small Business and Small Disadvantaged Business Subcontracting Plan." The contracting of procurement-related functions to be performed by the A-E Contractor shall include:

Procurement of Long-Lead Material and Equipment

Procurement services to be provided by the A-E Contractor shall include procurement of long-lead material and equipment. FRA shall coordinate such long-lead procurements with Amtrak prior to authorizing the A-E Contractor to proceed. Although other purchases will be made through Amtrak and other contractors, the A-E Contractor shall assist their purchasing organizations when requested by FRA. Purchasing of certain materials will require such services as testing, expediting, and traffic and materials management. The A-E Contractor shall, as a minimum, procure the following long-lead items:

- Station Arts Program New Haven Station
- Station Arts Program N. Carrollton Station
- Station Arts Program Baltimore Station
- Baltimore Station Air Conditioning
- Station Arts Program Philadelphia 30th Street Station
- SLB Switchgear/Cable
- Station Arts Program Wilmington Station
- Station Arts Program Newark Station
- Ozark Fleuri Marble for Newark Station
- Station Arts Program New York Penn Station
- Station Arts Program Stamford Station
- Station Arts Program Providence Station
- Station Arts Program Boston South Station
- MOW Radio
- Traction Transformer
- Switchgear
- Section & Phase Breaks South
- Station Signs & Standard Items Procurement
- Signal System D.C. to Ragan (Design Furnish)
- Signal System Ragan to Harold (Design Furnish)
- Signal System Harold to Boston ( Design Furnish)
- Supervisory Control System (Design Furnish)
- Railroad Switch Exchange Equipment
- Track Panel Exchange System

Procurement of A-E Design Services

The A-E Contractor shall provide contract administration services pertaining to subcontractors for A-E design services.

Construction Contract Administration

As directed by the Contracting Officer, the A-E Contractor shall provide contract administration services pertaining to the procurement of construction for both FRA and Amtrak.

The A-E Contractor shall prepare the construction bid solicitation plan, and upon approval and as directed by the Contracting Officer, shall advertise for bids. After completing bid analysis, evaluation, and award recommendation for a specific construction contract, the A-E Contractor shall provide contract documentation to the Contracting Officer. The A-E Contractor shall also handle award notices.

The A-E Contractor shall provide contract administration support services for activities associated with the Construction Contractor's execution of work.

In addition, the A-E Contractor shall assist as requested in preparing work statements and procedures for other NECIP procurements.

Procurement Procedures and Contract Status Report

The A-E Contractor shall present to the Contracting Officer for approval his recommended procurement procedures for selecting subcontractors and suppliers for design and construction, long-lead items, and administrative purchase. The procurement procedures will follow the provisions of the General Provisions Clauses 29, 42, and 47 entitled "Competition in Subcontracting," "Subcontractor Cost or Pricing Data," and "Subcontracts," respectively.

The A-E Contractor shall prepare a format for the Contract Status Report and submit it to the Contracting Officer for approval. The format shall include identification of noncompetitive procurements and the like. The initial submittal will include those DCP data known at the time (e.g., the proposed initial subcontractor team). The Contract Status Report shall reflect actual awards and changes as the design/construction progresses.

Upon approval of the format, the Contract Status Report shall be updated monthly and page changes printed and distributed quarterly. It shall identify procurements to be contracted by the A-E Contractor and FRA. This report shall also summarize by states the procurements awarded for the previous month and from inception to date, including Amtrak procurements.

he procurement procedures and format shall cover those activities to be implemented in Tasks 307 and 403.

Task 309: Program Management and Administration

Description of duties/services involved:

The A-E Contractor shall provide general management, legal, and administrative support services as required to manage and control the performance of the NECIP A-E Contractor services defined in this contract.

The A-E Contractor shall establish word processing centers in the Nassif Building, Washington, and Philadelphia offices. The word processing system used by the A-E Contractor and the FRA will be such that information (including whole documents) can be transmitted telephonica from one location to another within the word-processing system.

The A-E Contractor shall provide the general accounting, auditing, and cost reporting systems as the general contract agreement requires for the management and control of the NECIP contract.

Task 311: Affirmative Action for Small and Small Disadvantaged Business

Description of duties/services involved:

The A-E Contractor shall:

1. Develop and implement a program, as defined in paragraphs 2 through 7, for the maximum utilization of minority business concerns under Section 905 of the 4R Act, small and small disadvantaged business concerns under P.L. 95-507, and women-owned business concerns under Executive Order 12138 on the NECIP.

2. Develop and update on a continual basis the percentage of minority, small, small disadvantaged, and women-owned business involvement assigned to the various areas of contracting on the NECIP, including Amtrak, to ensure that best efforts are made to meet the 15 percent minority business enterprise goal. In addition, the A-E Contractor shall monitor the business participation levels of these various categories on the NECIP.

3. Comply with the Subcontracting Plan [CDRL 82].

4. Conduct an outreach program to provide information regarding business opportunities on the NECIP to minority, small, small disadvantaged, and women-owned business concerns and their respective local and national trade associations. The A-E Contractor shall perform a continuing analysis of the marketplace to determine the availability and capability of minority, small, small disadvantaged, and women-owned business concerns, in order to establish percentage goals for subcontracting plans on the NECIP. The A-E Contractor shall establish an information retrieval system that will identify minority, small, small disadvantaged, and women-owned business concerns able to perform on the NECIP and make this information available to potential NECIP contractors and other interested parties at the direction of the FRA Project Office.

5. Develop and implement (i) methods of establishing design and construction packaging and (ii) referral services to public and private technical assistance groups for minority, small, small disadvantged, and women-owned business concerns. The A-E Contractor shall, when requested, attend FRA and Amtrak prebid conferences and participate in preaward surveys, including review of subcontractin( plans. The A-E Contractor shall make minority, small, small disadvantaged, and women-owned business procurement recommendations to FRA's Project and Procurement Offices and Amtrak.

6. Perform data gathering and reporting for minority, small, small disadvantaged, and women-owned business utilization. This includes postaward contract monitoring for NECIP contracts, including subcontracts selected by FRA, and site visits as necessary. The A-E Contractor shall recommend to FRA appropriate corrective actions. The A-E Contractor shall report on a monthly basis the progress of NECIP contractors in complying with their subcontracting plans and shall make other reports as directed by the FRA Project Office.

7. When so directed by FRA, provide advice and assistance to Amtrak in the area of minority, small, small disadvantaged, and women-owned business concerns for Amtrak construction packages, and provide outreach assistance and assistance in reviewing and monitoring performance.

Task 313: Operational Planning

Description of duties/services involved:

The A-E Contractor shall provide the following services:

- o Review and provide operational input to the development of construction scheduling.
- o Determine the operational impacts of construction scheduling on existing train schedules, and as appropriate, identify and develop alternatives to provide for the continued operation of all train service at an acceptable level of performance.
- o Provide operational support to the integration of the electric traction and signal system into the CETC system.

Task 314: Project Cost Control

This task is designed to include original Task 314 and supersede Tasks 102 and 312. The A-E Contractor shall undertake the following activities:

Amtrak Work Releases

- o Prepare Amtrak Work Release Plan.
- o Prepare work releases for the Amtrak contract.
- o Issue changes to Amtrak work releases consistent with approved change proposals, TIP and TAP packages, and bid awards. (This activity shall be modified upon implementation of new CP/WRR form in early 1983.)
- o Prepare quarterly revisions to "record" work releases integrating the sum of changes to work releases for the preceding period.
- o Prepare materials procurement and work release analyses.
- o Maintain "data copy" in archives of approved work releases.

FRA Obligations and Budgeting Process

- o Prepare annual FRA obligations plan and update quarterly.
- o Update current award/working estimates quarterly.
- o Project construction in place and update quarterly.
- o Develop Requests for Program Change that change project budgets and analyze impacts on total NECIP costs.
- o Maintain the Management Planning and Cost Control System (MPCS) Report.

Special Financial Analyses

- o Prepare special financial analyses as needed for DCP, FRA, or Amtrak management, DOT Secretary's Office, OMB, and Congress.
- o Develop and maintain a cost control system for signals.

Task 315: Affirmative Action for Employment Program

Description of duties/services involved:

The A-E Contractor shall perform the following Affirmative Action functions:

- o Develop, implement, and monitor an Affirmative Action Program for Employment within DCP.
- o Monitor FRA Construction Contractors for compliance with project minority employment goals.
- o Assist Amtrak in monitoring Construction Contractors for compliance with project minority employment goals.
- o Compile a monthly minority employment report for all employment on NECIP.
- o When so directed by FRA, provide advice and assistance to FRA and Amtrak in the area of affirmative action for employment.

## CONSTRUCTION MANAGEMENT

General: As authorized by FRA, the A-E Contractor shall provide construction management, administration, and inspection services. The A-E Contractor shall maintain field offices and shall review shop drawings, other submittal items, and as-built drawings. The A-E Contractor shall prepare, review, and coordinate the processing of engineering and construction change orders. The Contractor shall coordinate the NECIP construction activities with Amtrak, Construction Contractors, and other key participants such as local transit authorities. The A-E Contractor shall maintain a construction Quality Control staff to review and support field personnel administration in construction and assembly techniques. The A-E Contractor shall monitor Construction Contractor safety programs to ensure adherence to the Amtrak safety program.

The A-E Contractor shall provide all personnel, services, and resources necessary for accomplishment of the tasks as set forth below:

Task 403: Construction Operations

Description of duties/services involved:

The A-E Contractor shall provide engineering services in support of the overall construction program effort for both FRA and Amtrak. Such services will include analysis and technical review of Construction Contractor bid submissions for assigned work packages in terms of unit costs, time schedules, manpower allocation, and pricing, as well as recommended selection of rejection of construction bid alternates. Detailed independent cost estimates for the relevant site-specific facilities and geographic segments of the program will provide the basis for undertaking the analysis of contractor bids.

The A-E Contractor shall review contractor payment requests and shall make recommendations on payment to contractors. The A-E Contractor shall provide support to FRA and Amtrak in dispute negotiations.

The A-E Contractor shall provide onsite management, coordination, and inspection of all construction activities to ensure that work conforms to construction work packages in terms of quality of materials and methods of installation and shall determine the adequacy of contractor plans, supervision, and progress. This will include assisting with coordination of other contractors and local governments/organizations. The A-E Contractor shall perform final inspection and prepare final inspection and recommendation reports to initiate the closeout of work releases.

Establishing and maintaining field control offices at appropriate geographic locations along the NEC will be essential to accomplish this task. Services associated with FRA contracts and Amtrak subcontracts inspection shall include recordkeeping of all construction materials, equipment, and fabricated subcomponents on site. Assessing compliance with construction phasing and staging schedules is included in this portion of the task. The A-E Contractor shall be fully responsible for all interpretation of drawings in the field and shall submit the Construction Contractor's as-built set of drawings at the conclusion of each construction segment of the project.

The A-E Contractor shall ensure that interface coordination is achieved and that interference and delay of construction are avoided.

The A-E Contractor shall review and concur that shop drawings, samples, and other submissions are in full compliance with construction drawings, specifications, and equipment and materials listings developed in prior design tasks. Promoting the timely submission of shop drawings consistent with construction schedules shall also be included in this task. The A-E Contractor shall assist in preparation and review of all proposals for changes or notices of changes, compile relevant data, engage in discussions with the construction contracting firms under contract to FRA or Amtrak, as appropriate, and make recommendations to FRA.

During the construction phases of the NECIP, the A-E Contractor shall alert FRA and Amtrak, as appropriate, if material defects or discrepancies are found in work progressing or completed. The A-E Contractor shall recommend changes to work programs, workarounds, and retrofit plans as necessary to complete jobs within program directives. FRA approvals must be secured in all cases. The A-E Contractor shall notify Amtrak of all discrepancies; FRA shall be notified if any discrepancies cannot be resolved directly between the A-E Contractor and Amtrak. The A-E Contractor shall also provide a level of effort of primary inspection of the work being undertaken directly by Amtrak force-account personnel to ensure compliance with the relevant contract drawings, specifications, and construction schedules. The A-E Contractor shall conduct inspection audits in connection with the work performed by Amtrak's subcontractors. The A-E Contractor shall maintain all requisite project records to fully document the status of the NECIP.

Task 405: Quality Control

Description of duties/services involved:

The A-E Contractor shall be responsible for continued implementation of the program for maintaining control of the quality of all long-lead materials and all work performed by construction contracting firms under contract to FRA or Amtrak and Amtrak force account personnel in constructing the NECIP improvements and subsequently testing them. The A-E Contractor shall also be responsible for continued implementation of the program for auditing construction and other activities.

The A-E Contractor shall maintain current approved Quality Control/Quality Assurance Plans. All work shall be reviewed by the A-E Contractor for compliance with the drawings, specifications, standards, and directives that define the products and the system performance including final acceptance.

Task 406: Safety

Description of duties/services involved:

The A-E Contractor shall develop a personnel safety program to include safety philosophy, safety plans, requirements, specifications, and procedures. The A-E Contractor shall maintain the ongoing safety program through the field offices. The A-E Contractor shall periodically inspect the activities of the Construction Contractors and shall report to Construction Contractors, FRA, or Amtrak, as appropriate, any potentially hazardous or unsafe conditions that may be observed. A written record shall be kept on all such notifications and of the responses observed by the A-E Contractor to such notifications. The A-E Contractor shall report to the appropriate Amtrak supervisors any unsafe practices by Amtrak forces that may be observed incidental to maintaining the Construction Contractor's safety program. The A-E Contractor shall report to FRA any failure by Amtrak or a Construction Contractor to eliminate a potentially hazardous or unsafe condition following such notification.

Legal liability for injury or loss arising out of FRA/Amtrak- or contractor-caused negligence shall not attach to the A-E contractor by reason of this task. The sole responsibility for the correction of any unsafe condition will remain with the individual Construction Contractor, FRA, or Amtrak as appropriate. In no instance will failure to correct any unsafe condition give rise to any legal liability on the part of the A-E contractor.

Accepted: DeLeuw, Cather & Company

Name: J. A. Caywood

Title: President

Signature: J. A. Caywood

Date: 4-18-83

Accepted: The Ralph M. Parsons Company

Name: J. Volpe, Jr.

Title: Sr. Vice President

Signature: Joseph Volpe, Jr.

Date: 4-18-83