IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PARSONS TRANSPORTATION GROUP, INC., Plaintiff, | ) | |
| v. | ) | No. 08-79C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

PARTIES' STIPULATION EXTENDING PLAINTIFF'S
TIME TO RESPOND TO DEFENDANT'S DISCOVERY REQUESTS

Pursuant to Rule 29(2) of the Rules of the United States Court of Federal Claims, the parties stipulate that the time for plaintiff, Parsons Transportation Group, Inc. ("Parsons"), to respond to Defendant's Interrogatories Nos. 1 Through 2 And Requests For Production Nos. 1 Through 5 is extended through to August 7, 2008.

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK A. MELNICK
Assistant Director

GEORGE H. SEITZ, III
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
P.O. Box 68
Wilmington, DE 19801
Telephone: (302) 888-0600
Facsimile: (302) 888-0606

Attorney for Plaintiff

July 23, 2008

TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
GARETH W. ROSENAU
Senior Attorney
Federal Railroad Administration

Attorneys for Defendant

July 23, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, a copy of the foregoing Parties' Stipulation Extending Plaintiff's Time to Respond to Defendant's Discovery Requests was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

George H. Seitz, III