# In the United States Court of Federal Claims

No. 08-079 C
(Filed: July 28, 2008)

| | |
|---|---|
| ********************************** | |
| **PARSONS TRANSPORTATION GROUP, INC.** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |
| ********************************** | |

## ORDER

On June 2, 2008, the parties filed their joint preliminary status report, pursuant to RCFC 16 and the Court's special procedures order of February 22, 2008. The parties have indicated that they are presently engaging in discovery.

To discuss further details regarding how this case shall proceed, the Court ORDERS the parties to appear for a preliminary telephonic status conference on **August 1, 2008 at 11:00am** Eastern Time. One business day before the conference, counsel shall call (202.357.6483) or email (damich_chambers@ao.uscourts.gov) chambers to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations).

The conference will be on the record via Court electronic digital recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference. The Court, however, strongly emphasizes its preference for Court electronic digital recording of the conference and notes that the parties may order a written transcript at their own expense via a form located on the United States Court of Federal Claims website.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge