# In the United States Court of Federal Claims

No. 08-079 C
(Filed: August 4, 2008)

***********************************

**PARSONS TRANSPORTATION GROUP, INC.**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

***********************************

**ORDER**

On August 1, 2008, the Court held a status conference to discuss with the parties how this case should proceed. As discussed during the conference, the Court ORDERS the following:

1. Defendant shall file its motion for partial summary judgment on or before **September 2, 2008**;

2. The parties shall appear for a telephonic status conference on **October 16, 2008 at 3:00pm** Eastern Time. One business day before the conference, counsel shall call (202.357.6483) or email (damich_chambers@ao.uscourts.gov) chambers to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations);

3. Fact discovery and expert discovery shall be completed on or before **February 28, 2009**;

4. The parties shall exchange the identities of expert witnesses and expert witness reports on or before **December 15, 2008**, and shall exchange rebuttal expert reports on or before **January 30, 2009**. Expert witnesses shall be made available for deposition on or before **February 28, 2009**.

The October 16, 2008 status conference will be on the record via Court electronic digital recording, unless either party requests that a reporter be present. Such a request must be made at

least five business days in advance of the conference. The Court, however, strongly emphasizes its preference for Court electronic digital recording of the conference and notes that the parties may order a written transcript at their own expense via a form located on the United States Court of Federal Claims website.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge