APPENDIX TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT UPON COUNT III

INDEX TO APPENDIX

Document Page Number

Declaration Of Gareth W. Rosenau, Aug. 6, 2008. . . . . . . . . . 1

Release, Mar. 6, 1995.. . . . . . . . . . . . . . . . . . . . . . . 3

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PARSONS TRANSPORTATION GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-79C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION OF GARETH W. ROSENAU

I, Gareth W. Rosenau, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge and belief:

1. I am a Senior Attorney at the Federal Railroad Administration (FRA), Office of Chief Counsel.

2. I represented FRA in certain Federal litigation involving the Massachusetts Bay Transportation Authority (MBTA), now concluded.

3. I was involved in drafting the attached release which was the subject of a settlement agreement in companion state litigation (described in paragraph 31 of the complaint of this action) arising mostly from the same factual allegations as the Federal litigation. The attached release is one of several reciprocal releases which were signed contemporaneously.

4. In the process negotiating the attached release and supervising the execution process, I became familiar with the document and the signatories to the release.

5. The attached document is a true and correct copy of the original release which was signed in March 1995.

Dated: AUG - 6 2008

Gareth W. Rosenau

GARETH W. ROSENAU
Senior Attorney
Federal Railroad Administration

RELEASE

Upon consideration of a reciprocal release from the United States, acting through the United States Department of Transportation, Federal Railroad Administration ("United States"), the receipt of which is hereby acknowledged, DeLeuw Cather & Company, the Ralph M. Parsons Company, DeLeuw Cather/Parsons, a joint venture, and each of them, ("DCP") hereby releases and forever discharges the United States, its officials, agents, employees, and attorneys, of and from any and all debts, demands, actions, causes of action, suits, accounts, covenants, contracts, agreements, damages and any and all claims, demands and liabilities whatsoever of every name and nature, both in law and in equity, whether currently known or unknown, which DCP has or may have that arise from or relate in any way to the design and construction, prior to the date of this Release, of renovations and improvements to the South Station and associated structures, platforms, track and rail yards in Boston, Massachusetts (the "South Station Project"), including, without limitation, matters that arise from or relate to claims or litigation brought against or involving the United States or any other parties in connection with the South Station Project, including, without limitation, claims or litigation brought by or involving the Massachusetts Bay Transportation Authority.

IN WITNESS WHEREOF, DeLeuw Cather & Company, the Ralph M. Parsons Company, DeLeuw Cather/Parsons, a joint venture, and each

2022137.01

of them, have caused this Release to be signed by their respective officials, hereunto duly authorized this 6th day of March, 1995.

Witness:

DeLeuw Cather & Company

By:
Title:

Witness:

Ralph M. Parsons Company

By:
Title:

Witness:

DeLeuw, Cather/Parsons, a joint venture

By:
Title:

2022137.01