IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PARSONS TRANSPORTATION GROUP, INC., Plaintiff, | |
| v. | No. 08-79C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT

Pursuant to Rule 56(h)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully proposes the following findings of uncontroverted fact in support of Defendant's Motion For Summary Judgment Upon Count III.

1. Plaintiff, Parsons Transportation Group, Inc. ("Parsons"), is the successor in interest to Deleuw, Cather Parsons ("DCP"). Complaint ("Compl.") ¶ 1.

2. On or about October 25, 1979, the Federal Railroad Administration ("FRA") awarded Contract Number DOT-FR-76048 to DCP to provide services as prime architect-engineer and program manager for the Northeast Corridor Improvement Project ("NECIP"), a program undertaken by FRA pursuant to title 7 of the Railroad Revitalization and Regulatory Reform Act of 1976. Id. ¶ 7.

3. The NECIP was designed to make improvements to the rail facilities located on the Northeast Corridor served by the National Railroad Passenger Corporation ("Amtrak"). Id. ¶ 8.

4. Pursuant to the contract, DCP performed architectural engineering services in connection with the construction of renovations and improvements to the South Station and associated structures platforms, track and rail yards in Boston, Massachusetts ("the South Station Project") in coordination with the Massachusetts Bay Transportation Authority ("MBTA"). Id. ¶ 30.

5. On April 25, 1988, the MBTA sued DCP seeking damages as a result of claims brought by another company, the project's general contractor, arising from an alleged delay to the South Station Project. Id. ¶ 31.

6. On March 6, 1995, DCP, Parsons's predecessor, signed a release in connection with the MBTA litigation. Appendix To Defendant's Motion For Summary Judgment Upon Count III ("App.") 1-4.

7. The release provides:

> ("DCP") hereby releases and forever discharges the United States . . . of and from any and all debts, demands, actions, causes of action, suits, accounts, covenants, contracts, agreements, damages and any and all claims, demands and liabilities whatsoever of every name and nature, both in law and in equity, whether currently known or unknown, which DCP has or may have that arise from or relate in any way to the design and construction, prior to the date of this Release, of renovations and improvements to the South Station and associated structures, platforms, track and rail yards in Boston, Massachusetts (the "South Station Project"), including, without limitation, matters that

> arise from or relate to claims or litigation brought against or involving the United States or any other parties in connection with the South Station Project, including, without limitation, claims or litigation brought by or involving the Massachusetts Bay Transportation Authority.

App. 3.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
GARETH W. ROSENAU
Senior Attorney
Federal Railroad Administration

August 7, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2008, a copy of the foregoing Defendant's Proposed Findings Of Uncontroverted Fact was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail