**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PARSONS TRANSPORTATION GROUP INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>FEDERAL RAILROAD ADMINISTRATION,<br><br>Defendant. | No. 08-79C<br><br>(Chief Judge Damich) |

**NOTICE OF SERVICE**

I, George H. Seitz, III, do hereby certify that on this 7th of August, 2008, I served Plaintiff's Response to Defendant's Interrogatories Nos. 1-2 and Requests for Production Nos. 1-5 and this Notice of Service upon counsel of record as follows:

***VIA E-MAIL & FIRST CLASS MAIL***

Timothy Paul McIlmail
U.S. Department of Justice
Civil. Div. – Commercial Litigation Br.
1100 L. Street, NW
8th Floor
Washington, DC 20530
timothy.mcilmail@usdoj.gov

**SEITZ, VAN OGTROP & GREEN, P.A**

**/s/ George H. Seitz, III**
**GEORGE H. SEITZ, III (DE0667)**
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
(302) 888-0606 fax
gseitz@svglaw.com
Attorneys for Plaintiff

Of Counsel:

Michael A. Hordell, Esquire
Heather Kilgore Weiner, Esquire
Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, District of Columbia 20005-2004
Telephone: (202) 220-1232