IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PARSONS TRANSPORTATION GROUP INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, FEDERAL RAILROAD ADMINISTRATION,<br><br>Defendant. | No. 08-79C<br>(Chief Judge Damich) |

**PLAINTIFF'S CONSENT MOTION TO ENLARGE PERIOD TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, MOTION FOR SUMMARY JUDGMENT UPON COUNT III, AND MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff Parsons Transportation Group Inc. ("Parsons") respectfully requests that the Court grant an enlargement of time to, and including Tuesday, September 9, 2008, within which to respond to Defendant's Motion to Dismiss, Motion for Summary Judgment Upon Count III, and Motion for Judgment on the Pleadings. This is Plaintiff's first request for an enlargement of time for this purpose.

Plaintiff's responses to Defendant's motions are due as follows:

| | |
|---|---|
| Motion to Dismiss Counts I, II, and III | September 2, 2008 |
| Motion for Judgment on the Pleadings Upon Counts I and III | September 2, 2008 |
| Motion for Summary Judgment Upon Count III | September 8, 2008 |

We request the enlargement because lead counsel for plaintiff will be out of the office during the week of September 1, 2008.

Counsel for defendant has represented to counsel for plaintiff that defendant consents to this request. For the foregoing reasons, the Plaintiff respectfully requests that the Court grant this consent motion for an enlargement of time of seven days, to September 9, 2008, to respond to defendant's Motion to Dismiss, Motion for Summary Judgment Upon Count III, and Motion for Judgment on the Pleadings.

Respectfully submitted,

/s/ George H. Seitz, III

GEORGE H. SEITZ, III (#667)
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801
(302) 888-0600
(302) 888-0606 (Facsimile)
Attorneys for Plaintiff

Of Counsel:
Michael A. Hordell, Esquire
Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, District of Columbia 20005-2004
Telephone: (202) 220-1232

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2008, a copy of the foregoing *Plaintiff's Consent Motion to Enlarge Period To Respond To Defendant's Motion to Dismiss, Motion for Summary Judgment Upon Count III, and Motion for Judgment on the Pleadings* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *George H. Seitz, III*