IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PARSONS TRANSPORTATION GROUP, INC., | : | |
| Plaintiff, | : | |
| | : | No. 08-79C |
| v. | : | (Chief Judge Damich) |
| THE UNITED STATES, | : | |
| Defendant. | : | |

**CONSENT MOTION FOR LEAVE FOR AN ENLARGEMENT OF TIME**
**TO FILE A JOINT APPENDIX IN SUPPORT OF RESPONSE BRIEFS**

Pursuant to Rules 6.1 and 7(b) of the Rules of this Court, Plaintiff, Parsons Transportation Group, Inc. ("Parsons"), respectfully moves this Court for an enlargement of time of one (1) day, until and including September 10, 2008, within which to file a Joint Appendix in support of (i) *Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment Upon Count III*, (ii) *Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss Counts I, II and III for Lack of Jurisdiction*, and (iii) *Plaintiff's Brief in Opposition to Defendant's Motion for Judgment Upon the Pleadings Upon Counts I and III* (collectively, the "Response Briefs"), filed on September 9, 2008. In support of this Consent Motion, Parsons states as follows:

1. On September 9, 2008, Parsons filed the Response Briefs, which responded to three (3) pending motions filed by the Government. The facts offered in support of Parson's opposition to the three (3) Government motions were quite similar. As such, the documents Parson's intended to submit with the Response Briefs were, in large part, identical. In order to avoid filing duplicative papers with the Court, Parsons determined judicial economy would be served by filing a Joint Appendix in support of the three (3) Response Briefs, in lieu of attaching the voluminous (and largely identical) documents to each separate brief.

2. Parsons timely filed the Response Briefs on September 9, 2008. However, Parson's counsel encountered technical difficulty when attempting to file the Joint Appendix on September 9, 2008. Parson's counsel attempted to contact a representative of the Clerk's office and/or a CM/ECF "help desk" representative for assistance. However, Parson's counsel was unable to speak to any representative and was unable to file the Joint Appendix on September 9, 2008.

3. Copies of the Response Briefs and Joint Appendix were served on counsel of record on September 9, 2008. Further, a courtesy copy of the Joint Appendix will be provided to Chambers on September 10, 2008.

4. On the morning of September 10, 2008, Parson's counsel promptly contacted the Clerk's Office and further had discussions with the Chambers seeking instruction on how best to file the Joint Appendix. Counsel was directed to file a motion seeking leave for an enlargement of time to file the Joint Appendix and to attach the proposed Joint Appendix to the motion.

5. Given that the Response Briefs were timely filed, and that the Joint Appendix merely contains the relevant documents offered in support of the factual statements asserted in the Response Briefs, Parsons believes that it is in the best interest of all parties, and furthers the administration of justice, that it be granted an enlargement of time to file the Joint Appendix.

6. Parsons previously sought, and received, an extension of seven (7) days to file the Response Briefs, as reflected in *Consent Motion to Enlarge Period to Respond to Defendant's Motion to Dismiss, Motion for Summary Judgment Upon Count III, and Motion for Judgment on the Pleadings*. (D.I. 20)

7. The Government's counsel has been consulted concerning the instant motion. Counsel has advised that the Government consents to the relief requested herein.

WHEREFORE, Parsons respectfully requests the Court enter the attached proposed Order granting it an enlargement of time of one (1) day, until and including September 10, 2008, to file the Joint Appendix, a copy of which is attached hereto as Exhibit "A".

Respectfully submitted,

SEITZ, VAN OGTROP & GREEN, P.A

/s/ *George H. Seitz, III*

GEORGE H. SEITZ, III (DE0667)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-0600
(302) 888-0606 fax
gseitz@svglaw.com
Attorneys for Plaintiff

Of Counsel:
Michael A. Hordell, Esquire
Heather Kilgore Weiner, Esquire
Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, District of Columbia 20005-2004
Telephone: (202) 220-1232

Dated: September 10, 2008