IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PARSONS TRANSPORTATION GROUP, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 08-79C<br>(Chief Judge Damich) |

**ORDER**

Upon consideration of *Consent Motion for Leave for an Enlargement of Time to File a Joint Appendix in Support of Response Briefs* (the "Motion"), it is ordered that on this ____ day of __________, 2008, the motion is hereby GRANTED.

IT IS FURTHER ORDERED that the Joint Appendix attached to the Motion shall be deemed filed with the Clerk's Office as of the date of this Order.

IT IS SO ORDERED.

______________________________
EDWARD J. DAMICH
JUDGE