**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2008, a copy of the foregoing *Consent Motion for Leave For an Enlargement of Time to File a Joint Appendix in Support of Response Briefs* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *George H. Seitz, III*

George H. Seitz, III (DE667)